

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**MR. DERRICK LEE CARDELLO-SMITH #267009,**
**PARALEGAL-LEGAL ASSISTANT-LEGAL WRITER,**
**WRONGFULLY CONVICTED PRISONER,**
**PROBABLE CAUSE CONFERENCE LITIGATOR,**
**PATRICIA LEE THOMPSON, Wayne County Citizen, Taxpayer,**
**ON BEHALF OF INTERESTED CITIZENS AND TAXPAYERS OF WAYNE COUNTY,**
**FOR ALL SIMILARLY EFFECTED TAXPAYERS AND CITIZENS**
        Plaintiffs,

-

Case: 2:23-cv-13209
Assigned To : Grey, Jonathan J.C.
Referral Judge: Grand, David R.
Assign. Date : 12/15/2023
Description: PRIS DERRICK CARDELL-SMITH V PUBLIC
INTEGRITY UNIT ET AL (SS)

**-Vs-**

**PUBLIC INTEGRITY UNIT, Wayne County Prosecutors Office,**
**JOSEPH P. JANSEN (P48906), Public Integrity Unit Officer,**
**WAYNE COUNTY BUDGET & MANAGEMENT DIVISION,**
**MANAGEMENT & BUDGET DIVISION OF WAYNE COUNTY,**
**SPECIAL OPERATIONS DIVISION OF WAYNE COUNTY,**
**WAYNE COUNTY Sheriff's DEPARTMENT JAIL TRANSPORTATION STAFF**
**WAYNE COUNTY SHERIFFS DEPARTMENT JAIL HOUSING ADMINISTRATOR,-**
**WARREN C. EVANS, Executive of Wayne County**
**WAYNE COUNTY CORPORATION COUNSEL,**
**KRISTOFFER BUTLER, Wayne County Corporation Counsel,**
**PATRICIA PENMAN, Wayne County Sheriff's Deputy,**
**PATRICIA PENMAN, Dearborn Height, Dearborn Police Officer,**
**PATRICIA PENMAN, Lead Investigator, Public Integrity Unit,**
** PATRICIA PENMAN, Investigator for Wayne County Prosecutors Office,**
**PATRICIA PENMAN, Coconspirator with Carli Carpenter,**
**PATRICIA PENMAN, Payee of Money to Carli Carpenter for False Testimony,**
**CARLI BOIKE DIPIOLA-CARPENTER, Coconspirator,-**
**CARLI CARPENTER, Coconspirator with Patricia Penman,-5615 Fairgrove Road,**
**CARLI CARPENTER, Recipient of Public Funds for False Rape Testimony,**
**KYM L. WORTHY (P38875), Wayne County Prosecutor,**
**KIM (KYM) L. Worthy (P38875), Director of the Public Integrity Unit,**
**DEYANA UNIS (P91361), Assistant Wayne County Prosecutors Office Representative-Agent,**
**DEYANA UNIS (P81361) Assistant United States Attorney,**
        Defendants,
_____/

(1)

*1*

POOR QUALITY ORIGINAL

**COMPLAINT FOR CIVIL ACTION AND CRIMINAL ACTION
FOR VIOLATIONS OF UNITED STATES CODE @ 18 USC 371
AND 18 USC @ 31 SEC 641 AND PENAL CODE 424 THROUGH JOINT CONSPIRACY
BY DEFENDANTS INDIVIDUALLY & JOINTLY TO MISAPPROPRIATE PUBLIC FUNDS
THROUGH A CONSPIRACY AND THROUGH A CRIMINAL ENTERPRISE AND FOR
THE CONTINUED PURPOSE OF USING THEIR OFFICE AND LEGAL AUTHORITY TO
OBTAIN TAXPAYER DOLLARS & FILTER SAID MONEYS THROUGH THE CRIMINAL
JUSTICE SYSTEM IN A VAST ENTERPRISE TO SECURE ALL INVESTIGATIONS &
TO STOP ALL ALLEGATIONS OF POLICE MISCONDUCT INTO SAID BAD ACTS**

Now comes the Plaintiffs Derrick Lee Cardello-Smith, #267009, Paralegal-Legal Assistant-Legal Writer-Probable Cause Conference Litigator-Wrongfully Convicted Prisoner, Citizen, Former Taxpayer, Wayne County Resident, and Patricia Lee Thompson, Citizen, Taxpayer, Wayne County Resident, on Behalf of the Citizens of Wayne County, and Taxpayers of Wayne County, and all those Similarly Situated and hereby brings this Civil and Criminal Complaint against the Named Defendants Individually and Jointly and makes the Claims that the Defendants have Violated very specific Civil and Criminal Elements of the United States Codes and Penal Codes in the Furtherance and Sole Purpose of Securing Funds and Misappropriating Public Funds that for their own personal gain, personal interests and the Interests of Their Own Gain and to Result in the Illegal, WRONGFUL INVESTIGATION AND VIOLATION OF THE PLAINTIFFS RIGHTS of This Plaintiff and Other Similarly Situated Plaintiffs that have been the victims of the Defendants actions where the acts described within the Brief in Support of the Complaint detail and are detailed and specifically used by the Defendants to operate and continue their criminal enterprise for the sole purpose of being able to Prosecute Innocent Citizens and Then Get the Investigation Stopped upon proof of the said corruption being founds and maintained by stopping said investigation into said illegal police misconduct.

Plaintiffs will detail said documents in the forthcoming Brief in Support of the Complaint.

Respectfully Yours,                                                     December 4, 2023

DERRICK LEE CARDELLO-SMITH             PATRICIA LEE THOMPSON
#267009-PLAINTIFF IN PRO PER            PLAINTIFF IN PRO PER
PARALEGAL-LEGAL ASSISTANT               CITIZEN-TAXPAYER-RESIDENT
PROBABLE CAUSE CONFERENCE               23751 BROWNSTOWN SQUARE
LITIGATOR-RESIDENT OF WAYNE             APT # 204
COUNTY-IONIA CORRECTIONAL               BROWNSTOWN TOWNSHIP, MI 48174
FACILITY-1576 W. BLUEWATER HWY.
IONIA, MI 48846

(2)

2

## ADDRESS OF ALL DEFENDANTS

PUBLIC INTEGRITY UNIT, Wayne County Prosecutors Office,-1441 St. Antoine Street, Detroit, MI 48226

JOSEPH P. JANSEN (P48906), Public Integrity Unit Officer,1441 St. Antoine Street, Detroit, MI 48226

WAYNE COUNTY BUDGET & MANAGEMENT DIVISION,-500 Griswold Street, Detroit, MI 48226

MANAGEMENT & BUDGET DIVISION OF WAYNE COUNTY,-500 Griswold Street-Detroit, MI 48226

SPECIAL OPERATIONS DIVISION OF WAYNE COUNTY,500 Griswold Street-Detroit, MI 48226

WAYNE COUNTY SHERIFFS DEPARTMENT JAIL TRANSPORTATION STAFF,2727 Woodward Avenue-48202-26

WAYNE COUNTY SHERIFFS DEPARTMENT JAIL HOUSING ADMINISTRATOR,-2727 Woodward Avenue-Detroit,MI 48202-26

WARREN C. EVANS, Executive of Wayne County-500 Griswold Street-Detroit, MI 48226

WAYNE COUNTY CORPORATION COUNSEL,-500 Griswold Street-Detroit, MI 48226

KRISTOFFER BUTLER, Wayne County Corporation Counsel,-500 Griswold Street-Detroit, MI 48226

PATRICIA PENMAN, Wayne County Sheriff's Deputy,-2727 Woodward Avenue-Detroit, MI 48226

PATRICIA PENMAN, Dearborn Height, Dearborn Police Officer,-16099 Michigan Avenue, Dearborn,MI 48126

PATRICIA PENMAN, Lead Investigator, Public Integrity Unit,-1441 St. Antoine Street-Detroit, MI 48226

PATRICIA PENMAN, Investigator for Wayne County Prosecutors Office,-1441 St. Antoine Street-Detroit, MI 48226

PATRICIA PENMAN, Coconspirator with Carli Carpenter,-1441 St. Antoine Street-Detroit, MI 48226

PATRICIA PENMAN, Payee of Money to Carli Carpenter for False Testimony,-1441 St. Antoine Street-Detroit, MI 48226

CARLI BOIKE DIPIOLA-CARPENTER, Co-Conspirator,-5615 Fairgrove Road, Fairgrove Michigan 48753

CARLI CARPENTER, Coconspirator with Patricia Penman,-5615 Fairgrove Road, Fairgrove,MI 48753

CARLI CARPENTER, Recipient of Public Funds for False Rape Testimony,-5615 Fairgrove Road, Fairgrove, MI 48753

KYM L. WORTHY (P38875), Wayne County Prosecutor-1441 St. Antoine Street-Detroit,MI 48226

KIM (KYM) L. Worthy (P38875), Director of the Public Integrity Unit,-1441 St. Antoine Street-Detroit, MI 48226

DEYANA UNIS (P91361), Assistant Wayne County Prosecutor's Office-1441 St. Antoine Street-Detroit, MI 48226

DEYANA UNIS (P81361) Assistant US Attorney,-Four Seagate-308, Toledo, OHIO 43604

## CAPACITY DEFENDANTS SUED IN

All defendants are Sued in their INDIVIDUAL AND OFFICIAL CAPACITY

(3)

## JURISDICTIONAL STATEMENT

The Eastern District of Michigan has Sole Jurisdiction over this case for the following Reasons:

1. The Defendants are all BASED AND WORK IN THE COUNTY OF WAYNE WHICH IS IN THE EASTERN DISTRICT OF MICHIGAN.

2. DEFENDANT DEYANA UNIS OPERATED IN HER CAPACITY AT THE TIME OF THE FUNDS OPERATIONS AND MISAPPROPRIATIONS VIOLATIONS IN WAYNE COUNTY WHICH IS IN THE DISTRICT OF MICHIGAN-EASTERN.

3. Defendant CARLI CARPENTER, COMMITTED THE ACTS OF THE FALSE TESTIMONY IN WAYNE COUNTY and that is in the EASTERN DISTRICT OF MICHIGAN.

4. Plaintiff PATRICIA LEE THOMPSON RESIDES IN WAYNE COUNTY and that is the Sole Jurisdiction of the EASTERN DISTRICT OF MICHIGAN.

5. Plaintiff DERRICK LEE CARDELLO-SMITH WAS TAKEN TO WAYNE COUNTY FOR THE MISUSE AND MISAPPROPRIATION OF PUBLIC FUNDS AND SAID ACTIONS OCCURRED IN WAYNE COUNTY WHICH IS IN THE EASTERN DISTRICT OF MICHIGAN.

6. Plaintiff was in fact a Resident of Wayne County During the Time of the Acts claimed by the Plaintiffs against the defendants.

7. The DISCOVERY OF THE ILLEGAL ACTS TOOK HAPPENED In NOVEMBER 2022 WHEN A FREEDOM OF INFORMATION ACT REQUESTED WAS COMPLETED BY LAWYERS AND RESEARCH STAFF OF THE LAW OFFICES OF DAVID L.MOFFITT AND THOSE DOCUMENTS WERE PROVIDED TO THE PLAINTIFF IN NOVEMBER 2022,UPON THEIR RECEIPT OF THE DOCUMENTS FROM THE WAYNE COUNTY PROSECUTORS OFFICE AND THE ACTS WERE DISCOVERED AS HAVING BEEN COMMITTED BY THE DEFENDANTS ALL NAMED IN THIS ACTION AND AS SUCH, THE JURISDICTION OF THE EASTERN DISTRICT OF MICHIGAN IS CONFERRED WITHIN THIS COURTS LEGAL AUTHORITY.

8. Plaintiff Resides in Ionia by Force and Not Choice and IT IS NOT SUBJECT TO ANY TRANSFER OF THE CASE TO THE WESTERN DISTRICT OF MICHIGAN AS THAT THESE ACTS OCCURRED IN WAYNE AND THE EASTERN DISTRICT AND THE WESTERN DISTRICT JUDGES ALWAYS RULE AGAINST THE PLAINTIFF NO MATTER WHAT IT IS AND THESE CRIMINAL AND CIVIL ACTS SHOULD ONLY BE ALLOWED TO REMAIN IN THE JURISDICTION OF THE EASTERN DISTRICT OF MICHIGAN.

9. Plaintiff maintains that all jurisdiction of this case must and does remain in the jurisdiction of the Eastern District of Michigan.

## AMOUNT OF DAMAGES SOUGHT

Plaintiffs Seek a total of **$200,000,000.00 (TWO-HUNDRED MILLION DOLLARS)** in COMPENSATORY, PUNITIVE AND MONETARY DAMAGES and that ALL MONEYS ARE RETURNED BACK TO THE TAXPAYERS AND CITIZENS OF WAYNE COUNTY.

(4)

4

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MR. DERRICK LEE CARDELLO-SMITH #267009,
PARALEGAL-LEGAL ASSISTANT-LEGAL WRITER,
WRONGFULLY CONVICTED PRISONER,
PROBABLE CAUSE CONFERENCE LITIGATOR,
PATRICIA LEE THOMPSON, Wayne County Citizen, Taxpayer,
ON BEHALF OF INTERESTED CITIZENS AND TAXPAYERS OF WAYNE COUNTY,
FOR ALL SIMILARLY EFFECTED TAXPAYERS AND CITIZENS
      Plaintiffs,

-
                                  Case No:_____

                                  Hon:_____

-Vs-
                                    US District Court Judge
                                  MAG:_____

PUBLIC INTEGRITY UNIT, Wayne County Prosecutors Office,
JOSEPH P. JANSEN (P48906), Public Integrity Unit Officer,
WAYNE COUNTY BUDGET & MANAGEMENT DIVISION,
MANAGEMENT & BUDGET DIVISION OF WAYNE COUNTY,
SPECIAL OPERATIONS DIVISION OF WAYNE COUNTY,
WAYNE COUNTY Sheriff's DEPARTMENT JAIL TRANSPORTATION STAFF
WAYNE COUNTY SHERIFFS DEPARTMENT JAIL HOUSING ADMINISTRATOR,-
WARREN C. EVANS, Executive of Wayne County
WAYNE COUNTY CORPORATION COUNSEL,
KRISTOFFER BUTLER, Wayne County Corporation Counsel,
PATRICIA PENMAN, Wayne County Sheriff's Deputy,
PATRICIA PENMAN, Dearborn Height, Dearborn Police Officer,
PATRICIA PENMAN, Lead Investigator, Public Integrity Unit,
 PATRICIA PENMAN, Investigator for Wayne County Prosecutors Office,
PATRICIA PENMAN, Coconspirator with Carli Carpenter,
PATRICIA PENMAN, Payee of Money to Carli Carpenter for False Testimony,
CARLI BOIKE DIPIOLA-CARPENTER, Coconspirator,-
CARLI CARPENTER, Coconspirator with Patricia Penman,-5615 Fairgrove Road,
CARLI CARPENTER, Recipient of Public Funds for False Rape Testimony,
KYM L WORTHY (P38875), Wayne County Prosecutor,
KIM (KYM) L. Worthy (P38875), Director of the Public Integrity Unit,
DEYANA UNIS (P91361), Assistant Wayne County Prosecutors Office Representative-Agent,
DEYANA UNIS (P81361) Assistant United States Attorney,
      Defendants,
_____/

PROOF OF SERVICE

(5)

5.

I swear and declare that I mailed one copy of this Action to the Defendants at their address above PRIOR TO FILING THE COMPLAINT FOR CIVIL/CRIMINAL ACTION by using the Methods of CERTIFIED MAILED, RETURN RECEIPT REQUESTED AND RESTRICTED DELIVERY by placing said SUMMONS AND COMPLAINT In envelopes and Mailing to EACH DEFENDANT IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY and by Mailing to the Agent of that Party and Person Named as a Party to the Above cause and by Mailing to said Defendants at their ADDRESSED OF RECORD AND THIS BEING DONE ON THE DATE OF DECEMBER 4, 2023 MONDAY IN THE IONIA COUNTY CORRECTIONAL FACILITy for Mailing of said Pleadings to those Individually Addresses Defendant and in order to Ensure that EACH DEFENDANT IS GIVEN NOTICE OF THE SUMMONS AND THE COMPLAINT AND PRIOR TO FILING IT IN THE U.S. DISTRICT COURT.

This is being done in respect to and in conjunction with ALL RULES OF SERVICE UPON THE DEFENDANTS AND IN ACCORDANCE WITH THE RULES OF SERVICE FOR THE STATE OF MICHIGAN.

Respectfully Yours,                                             December 4, 2023

Mr. Derrick Lee Cardello-Smith #267009          Patricia Lee Thompson
Plaintiff in Pro Per                                            Plaintiff in Pro Per
Ionia Correctional Facility                                  23751 Brownstown Square
1576 W. Bluewater Highway                             Apt # 204
Ionia, MI 48846                                             Brownstown Township, MI 48174

(6)

6.

The Claims against each defendant are detailed in the Accompanying Brief in Support and Request for Investigation into the Defendants, attached to this Summons and Complaint.

## DEMAND FOR A JURY TRIAL

Plaintiffs Jointly Request and DEMAND A JURY TRIAL and that the Jury Trial is in Fact Conducted in the Jurisdiction of the Eastern District of Michigan and that it is conducted in fron of a Jury of the Plaintiffs Peers, as Guaranteed by the Constitution of the United States and in accordance with the laws and Rules of Federal Civil Procedure.

Thank you,                                                                December 4, 2023

DerrickLee Cardello-Smith                   Patricia Lee Thompson
Plaintiff in Pro Per                         Plaintiff in Pro Per
267009                                       23751 Brownstown Square
1576 W. Bluewater Highway                    Apt # 204
Ionia, MI 48846                              Brownstown Township, MI 48174

**(7)**

7.

## PROFESSIONAL MISCONDUCT, VIOLATIONS OF MICHIGAN COMPILED LAW, VIOLATION OF RULES AND CANONS OF PROFESSIONAL CONDUCT, DELIBERATE ETHICS VIOLATIONS, WILLFUL–WONTON–INTENTIONAL–DELIBERATE VIOLATIONS OF COMPLAINANTS STATE AND FEDERAL CONSTITUTIONAL RIGHTS AS GUARANTEED BY THE 14TH AMENDMENT

STATEMENT OF FACTS

Deyana Unis, while acting in her official capacity as an Assistant Prosecuting Attorney as employed by Kym (Kim) L. Worthy elected Wayne County Prosecuting Attorney, did contrary to Michigan Complied Law commit acts upon Complainant Derrick Lee Cardello-Smith the following described acts:

1. SUBORN PERJURY TO OBTAIN A CRIMINAL CONVICTION, of Complainant where Attorney Unis was made aware by her client, Carli Boike Dipiola-Carpenter, in 2018 that she did not wish to proceed in the criminal prosecution of the complaint lodged with the Detroit Police Department in October 1997 because no sexual assault, physical assault or any other related act contrary to any Michigan Law or statute had been committed upon her person by Complainant, Derrick Lee Cardello-Smith.

2. It was only after Carli Carpenter received $4,000.00 in payment from Lead Investigator PATRICIA PENMAN in 2018 that she agreed to proceed with the criminal prosecution.

3. SOLICITATION OF TESTIMONY BY PATRICIA PENMAN AND DEYANA UNIS TO OBTAIN CRIMINAL CONVICTION, under the threat from Deyana Unis to charge Carli Carpenter with the filing of a false report and Ms. Carpenter informing Deyana Unis and Penman of her need for money and drugs did the parties agree on a $4,000.00 payment to proceed criminally against Cardello-Smith.

4. VERIFICATION OF PAYMENT BY LEAD INVESTIGATOR PATRICIA PENMAN TO CARLI CARPENTER FOR FALSE TESTIMONY. The attached report verifies that Patricia Penman met with and provided Carli Carpenter $4,000.00 in exchange for her testimony against Complainant Cardello-Smith.

5. DEYANA UNIS VIOLATED MCR 6.201B5 "ANY OTHER AGREEMENT", in failing to disclose her knowledge of this payment made to Carli Carpenter as proven by the Wayne County Prosecutors office possession of said attached report kept by Deyana Unis during the criminal proceedings against Complainant from the time period of December, 2018 through sentence date of May 2, 2019, and released only through a Freedom of Information Act Request in October, 2022 through the Law Offices of David Moffitt and Associates as verified by attached letter. This has resulted in Attorney Unis committing Professional Misconduct and Prosecutor Neglect.

6. 16TH JUDICIAL CIRCUIT COURT OF MACOMB COUNTY CASE #2023-001466-CK CONTAINING ADMISSION OF ADMITTING CRIMINAL PERJURY OF ATTORNEY

UNIS'S CLIENT CARLI CARPENTER TO OBTAIN WRONGFUL CONVICTION IN WAYNE COUNTY CIRCUIT COURT'S CRIMINAL DIVISION. Complainant Cardello-Smith, while the Defendant in Criminal Case #2019-000756-01-FC and representing himself, in the case prosecuted by Attorney Deyana Unis (See People of State of Michigan v Derrick Lee Cardello-Smith 2019) was contacted via U.S. Mail by Carli Carpenter regarding her testimony in said criminal case. During which time, Complainant Cardello-Smith and Carli Carpenter entered into a Settlement Agreement in the Macomb County Circuit Court (see Derrick Lee Cardello-Smith v Carli Boike Dipiola-Carpenter case no 2023-001466-CK, August 2023), during said court proceedings now Defendant Carpenter made multiple admissions under oath to the following:

a. Filing a false Police Report of criminal sexual conduct upon her person by Complainant Cardello-Smith on 10/12/1997,

b. Admitting to accepting payment of $4,000.00 from Deyana Unis's Team,

c. Admitted perjured testimony in criminal case against Complainant,

d. Admitted lying to Mr. Carpenter about criminal sexual conduct by Complainant Cardello-Smith in order to save marriage,

e. Admitted severe drug use during testimony in criminal court against Cardello-Smith,

f. Admitted contact with Cardello-Smith about activities described in criminal case as weighing on her conscious,

g. Admitted to Contractual Agreement between Cardello-Smith and Capenter involving money for clean and sober living away from husband, transportation arrangements, new residence, money to cover home expenses and offset Peer Support Specialist expenses and reimbursing Cardello-Smith his $5,000.00 in order to provide true and accurate testimony in the criminal court without the threat of being charged with filing a false police report,

h. Admitted to rehearsed, coached, pre-prepared statements, testimony and victims impact summaries provided to Ms. Carpenter by Patricia Penman with full support of Deyana Unis in the entire criminal proceedings in the 36th District Court and the Wayne County Circuit Court,

i. Full admission and submission of documents in civil case confirming perjury, solicitation of witnesses/victim testimony to obtain wrongful conviction,

7. ATTORNEY UNIS COMMITTED PROFESSIONAL MISCONDUCT WHERE SHE KNEW LEAD INVESTIGATOR PATRICIA PENMAN AND COMPLAINANT CARDELLO-SMITH HAD A PRIOR ROMANTIC INTIMATE RELATIONSHIP where Complainant ended said relationship in the 1990's resulting in Penman's vengeful quest to ensure Complainant remains incarcerated on false criminal charges, as proven by said reports that Attorney Unis was completely aware of the prior relationship between Cardello-Smith and Patricia Penman during her employment with the Dearborn Police Department as proven by documents and admissions submitted on the Court Record in

civil case 23-001466-CK Contractual Agreement between both parties of Smith and Carpenter 2023.

REQUEST FOR INVESTIGATION INTO THE DEPRIVATION OF COMPLAINANT'S CIVIL RIGHTS AND VIOLATION OF MICHIGAN COMPILED LAW STATUTES, RULES, POLICIES, PROCEDURES, STATE LICENSING, COUNTY RULES, PROCEDURES & LAWS, ETHICS VIOLATIONS, PROFESSIONAL MISCONDUCT AND CRIMINAL ACTS BY THE PARTY OF DEYANA UNIS AGAINST DERRICK LEE CARDELLO-SMITH #267009.


10-15-2023
Date

Derrick Lee Cardello-Smith
1576 W. Bluewater Hwy
Ionia, Michigan 48846

10.

CASE NO: 2018722163

STATE OF MICHIGAN                           COMPLAINT
                                              FELONY
36TH DISTRICT COURT DETROIT
3rd Judicial Circuit

The People of the State of Michigan          Offense Information
                                             Police Agency / Report No.
                                             82WCPO 18-18117
                    .vs                      Date of Offense
DERRICK LEE SMITH 82-18722163-01             10/12/1997
                                             Place of Offense
                                             E. 8 MILE AND SCHOENHERR, DETROIT
                                             Complainant or Victim
                                             CARLI ANN CARPENTER (BOIKE)
                                             Complaining Witness
                                             DETECTIVE PATRICIA PENMAN

STATE OF MICHIGAN, COUNTY OF WAYNE
The complaining witness says that on the date and the location stated above, the defendant, contrary to law,

COUNT 1: CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables)
did engage in sexual penetration, to-wit: penis to mouth (fellatio), with Carli Ann Boike, under the following circumstance(s),
during the commission of the felony of kidnapping and/or defendant was armed with a weapon or any article used or fashioned in
a manner to lead the victim to reasonably believe it to be a weapon, and/or defendant effected sexual penetration through force
or coercion and the victim sustained personal injury; contrary to MCL 750.520b. [750.520B]
SORA NOTICE
    This is a Tier III Offense under the Sex Offender Registration Act (SORA) unless the court finds that the victim was
between the ages of 13 to 15 inclusive, consented to the conduct, and the defendant was not more than 4 years older than the
victim. MCL 28.722(w)(iv).
HIV/STD TESTING NOTICE
    Take notice that pursuant to MCL 333.5129, upon bindover to circuit court or recorder's court, the district court judge shall
order the defendant to be tested for sexually transmitted infection, hepatitis B infection, and for the presence of HIV or an
antibody to HIV if the judge determines there is reason to believe the violation involved sexual penetration or exposure to a body
fluid of the defendant. If the district judge determines that testing is not required, upon conviction, the court must order the
defendant to be tested.
FELONY: Life; mandatory lifetime electronic monitoring; mandatory AIDS/STD testing; DNA to be taken upon arrest.The Court
may impose a consecutive sentence under MCL 750.520b(3)

COUNT 2: CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables)
did engage in sexual penetration, to-wit: penis to genital opening, with Carli Ann Boike, under the following circumstance(s),
during the commission of the felony of kidnapping and/or defendant was armed with a weapon or any article used or fashioned in
a manner to lead the victim to reasonably believe it to be a weapon, and/or defendant effected sexual penetration through force
or coercion and the victim sustained personal injury; contrary to MCL 750.520b. [750.520B]
SORA NOTICE
    This is a Tier III Offense under the Sex Offender Registration Act (SORA) unless the court finds that the victim was
between the ages of 13 to 15 inclusive, consented to the conduct, and the defendant was not more than 4 years older than the
victim. MCL 28.722(w)(iv).
HIV/STD TESTING NOTICE
    Take notice that pursuant to MCL 333.5129, upon bindover to circuit court or recorder's court, the district court judge shall
order the defendant to be tested for sexually transmitted infection, hepatitis B infection, and for the presence of HIV or an
antibody to HIV if the judge determines there is reason to believe the violation involved sexual penetration or exposure to a body
fluid of the defendant. If the district judge determines that testing is not required, upon conviction, the court must order the
defendant to be tested.
FELONY: Life; mandatory lifetime electronic monitoring; mandatory AIDS/STD testing; DNA to be taken upon arrest.The Court
may impose a consecutive sentence under MCL 750.520b(3)

11.

**COUNT 3: CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables)**
did engage in sexual penetration, to-wit: penis to genital opening, with Carli Ann Boike, under the following circumstance(s), during the commission of the felony of kidnapping and/or defendant was armed with a weapon or any article used or fashioned in a manner to lead the victim to reasonably believe it to be a weapon, and/or defendant effected sexual penetration through force or coercion and the victim sustained personal injury; contrary to MCL 750.520b. [750.520B]

**SORA NOTICE**
This is a Tier III Offense under the Sex Offender Registration Act (SORA) unless the court finds that the victim was between the ages of 13 to 15 inclusive, consented to the conduct, and the defendant was not more than 4 years older than the victim. MCL 28.722(w)(iv).

**HIV/STD TESTING NOTICE**
Take notice that pursuant to MCL 333.5129, upon bindover to circuit court or recorder's court, the district court judge shall order the defendant to be tested for sexually transmitted infection, hepatitis B infection, and for the presence of HIV or an antibody to HIV if the judge determines there is reason to believe the violation involved sexual penetration or exposure to a body fluid of the defendant. If the district judge determines that testing is not required, upon conviction, the court must order the defendant to be tested.

**FELONY:** Life; mandatory lifetime electronic monitoring; mandatory AIDS/STD testing; DNA to be taken upon arrest. The Court may impose a consecutive sentence under MCL 750.520b(3)

**HABITUAL OFFENDER - THIRD OFFENSE NOTICE**
Take notice that the defendant was twice previously convicted of a felony or an attempt to commit a felony in that on or about 12/01/98, he or she was convicted of the offense of larceny by false personation in violation of 750.363a in the Recorder's Court for City of Detroit, State of Michigan;

And on or about 06/11/93, he or she was convicted of the offense of attempt felony larceny over $100 in violation of 750.356a in the 16th Circuit Court for County of Macomb, State of Michigan.

Therefore, defendant is subject to the penalties provided by MCL 769.11. [769.11]

**PENALTY:** Twice the maximum sentence on primary offense or a lesser term. The maximum penalty cannot be less than the maximum term for a first conviction.

Court shall order law enforcement to collect a DNA identification profiling sample before sentencing or disposition, if not taken at arrest.

The complaining witness asks that defendant be apprehended and dealt with according to law.

| Warrant authorized on 12/6/18 by: | Complaining witness signature |
|---|---|
| Date 8/13/01 | Subscribed and sworn to before me on ___ Date |
| Deyana Unis P81361 | Judge/Magistrate/Clerk          Bar no. |

State of Michigan)
)ss
County of Ionia)

SWORN AFFIDAVIT OF
DERRICK LEE CARDELLO SMITH #267009

I, Mr. Derrick Lee Cardello-Smith, Plaintiff in the Case against Carli Dipiola-Carpenter, do swear and declare that I entered into a Contractual Agreement between the Parties and Persons of CARLI DIPIOLA-CARPENTER and I, DERRICK LEE CARDELLO-SMITH during the time frame of January 1, 2022 through April 18, 2023 in which I agreed to provide Carli Dipiola-Carpenter with the financial provisions she needed in order to get herself Cleaned up and dried out and recovered from her Extensive Subsance Abuse History and dependence on Substance Abuse and to ensure that she had the money in the amount of $5,000.00 (Five-Thousand Dollars) over a time period of 10 Months at the rate of $500.00 per month, and in exchange for said payments made by me directly to Carli Dipiola-Carpenter, for her needs to be met, I also provided her with a Place to rest and recover and get cleaned and that is with George Thomas Preston at 7541 Yale Road-Avoca, MI 48006, and my money was in his custody and he gave it to her from me for me and she agreed to Tell the Truth as to her testimony that she gave in past civil hearings and other hearings where she provided testimony that was false and where she alleged that I had assaulted her and done other things to her that did not happen and she stated that she was under the influence of substances when she signed documents that were not true and when she gave testimony that was not true and that when she cleaned up, that I would then help her as long as she told the truth about her false testimony during the hearings and proceedings in which she made the false statements, and she had cleaned herself up and I then made sure that she was given the money to tell the truth and she got the money from me and failed to uphold her end o fthe contractual agreement, and she failed to provide me with the full return of the money for failure to do it and I have taken all measures that I can legally take, so I am swearing to the athentication of these events and the contract and I swear that the contract is valid and was valid and Carli Dipiola-Carpenter has failed in her dutues to uphold the terms of the contract and she failed to reurn the money to me as she was required to since it was my $5,000.00 she was given and kept.

VERIFICATION

I swear and declare under the Penalty of Perjury that the events described herein ocurred and happened and I will attest to them to the best of my Knowledge, Information

1.

and Belief, under the Laws of the State of Michigan, and at the Federal Level as well because these events did happen and in fact are true, and have ocurred and I state that they are true and real.

May 8, 2023

Mr. Derrick Lee Cardello-Smith
#267009
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia,MI 48846

PHILIP ZUPON
NOTARY PUBLIC, STATE OF MI
COUNTY OF MONTCALM
MY COMMISSION EXPIRES Jul 4, 2027
ACTING IN COUNTY OF Ionia

14

**You have received a *Jpay* letter, the fastest way to get mail**

From : DERRICK SMITH, ID: 267009
To : Humanity For Prisoners, CustomerID: 1330515.6
Date : 7/2/2023 7:34:33 PM EST, Letter ID: 1807557408
Location : ICF
Housing : 06063TOPAL

Hello to you adn hi!
I heard a rumor that said that Humanity for Prisoners is now under new management??
Is any of that true?
I also. wanted to thank you very much forgetting those Police Reports to me from the City of Detroit Police Department and I thank you also for getting me the Wayne County Prosecutor's Office file..
It means alot to me because there were Exculpatory documents in it that I never got when I was representing myself and, it was required to be provided to me and they never gave them to me... They are some Bad People and they have the Power of the Law at their disposal and I just cannot thank you enough for your assistance and your help.
Thank you very much and I look forward to being helpful for you agency again in the future.
Sincerely yours..
Derrick Lee Cardello-Smith. #267009

*Jpay* Tell your friends and family to visit www.jpay.com to write letters and send money!

/5

# LAW OFFICES OF DAVID L. MOFFITT & ASSOCIATES

ATTORNEYS AND COUNSELORS AT LAW
THE BINGHAM CENTER
30800 TELEGRAPH ROAD, SUITE 1705
BINGHAM FARMS, MICHIGAN 48025
TELEPHONE (248)-644-0880
FACIMILE (248)-307-9545
DLMOFFITTASSOC@AMERITECH.NET
VISIT US ON THE WEB AT WWW.LAWYERMOFFITT.COM

November 3, 2022

Derrick Smith #267009
Ionia Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Re: *FOIA Documents*

Dear Mr. Smith:

Please find enclosed the FOIA documents that we received on your behalf from the Wayne County Prosecutor's Office. Anything within these sets of documents that have been redacted were done so by Wayne County. Thank you.

Yours truly,

Patrick Kinney
Chief of Legal Staff/Chief Paralegal
LAW OFFICES OF DAVID L. MOFFITT
& ASSOCIATES, PLLC

16

SUPPLEMENT TO ORIGINAL

| | 02/19/2019 | | |
|---|---|---|---|
| | TIME REPORTED | FILE CLASS | CR NO |
| | 937 AM | 11001 | 7 |

INCIDENT REPORT

| LOCATION OF INCIDENT | VENUE |
|---|---|
| E. 8 Mile and Schoenherr Detroit MI | 82/99 |

| COMPLAINANT | | TELEPHONE NO. | |
|---|---|---|---|
| Carli Carpenter | | ▓▓▓▓ | |
| ADDRESS: STREET & NO. | CITY | STATE | ZIP CODE |
| ▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |

INCIDENT STATUS

    0  OPEN     1  LEIN VALIDATION     2  UNFOUNDED       3  EXCEPTIONAL CLEARANCE

    4  INACTIVE    5  CLOSED     6  OPEN PENDING RELEASE OF PROPERTY     7  TOT OTHER POLICE DEPT

---

12/08/2018

I met with Carli Carpenter at ▓▓▓▓▓▓▓▓▓▓▓▓▓ unofficially and provided her with the $4,000.00 she wanted for her testimony

02/19/2019

I contacted George Preston I made an audio recording of the conversation which has been saved to the electronic file.

George indicated he was with Smith on the night of the assault. Review recording for the detailed interview. (At the preliminary exam, where Smith represented himself, Smith stated he had 2 witnesses and that 2 other people were with him that night.)

03/05/2019

I contacted Kathy Preston. Kathy hung up on me.

I contacted George Preston who indicated I had called his wife and said Derrick is his lawyer and that he is representing himself and he has been instructed for me to contact him.

Kathy Preston left me the following message, Hello this is Kathy Preston I spoke with Patti earlier and I hung up on her because that was a dark time in my life and I don't want to go hash down that road. Derrick is my friend, George is my husband and I will not be a witness for the prosecution, will not and don't call me again."

03/11/2019

I contacted Kathy Preston. As soon as I identified myself she hung up on me.

04/16/2019

| Page | Investigated by | Officer's Signature | Received by |
|---|---|---|---|
| 1 / 2 | D/Patricia Penman | | |

*17*

| ☐ Supplemental Incident Report | 10/22/2018 | |
|---|---|---|
| ☐ Additional Incident Page No. _____ | | 11001 |

D/James Heberger and I responded to ███████████████████ and served a subpoena to George Preston for the Motion hearing 04/18/2019. We then responded to several addresses in an attempt locate Kathryn Preston to serve a subpoena. ████████████████████ (does live there per resident), 8270 Logana Rd Greenwood MI (no house), ████████████ does live there per father-in-law James Preston Sr.), 321 Mary St Yale MI (does not live there per resident), 3 Gratiot Blvd Marysville MI (does not live there per resident)


04/17/2019

I responded to the Dearborn Police Department for a scheduled polygraph test for Smith. Smith who requested the polygraph test, indicated he did not wish to take the test because he plans to enter a plea on this case.


04/18/2019

Smith entered a plea of no contest based on a Cobbs agreement of 17.5- 35 years. The guidelines in this case are 15-Life and the prosecutor plea offer would have been 20-40years.

Sentencing set for 05/02/2019.

04/23/2019

DIMichael Sabo returned the SAK and fingerprint lift to DPD property.

05/02/2019

Smith was sentenced to 17.5 to 35 years MDOC, Carli Carpenter provided a victim impact statement. She was unable to attend due to her son being sick.

| Page | Investigated by | Officer's Signature | Received by |
|---|---|---|---|
| 2 / 2 | D/Patricia Penman | | |

*18*

Approved, SCAO

| | | Original - Court | |
| | | 1st copy - Defendant | 2nd copy - Plaintiff |
| | | | 3rd copy - Return |

| STATE OF MICHIGAN | | SUMMONS | CASE NO. |
| 16th JUDICIAL DISTRICT | | | 2023-001466-CK |
| MACOMB JUDICIAL CIRCUIT COUNTY | | | |

**Court address**

40 N. MAIN S.T., MOUNT CLEMENS, MI 48043

**Court telephone no.**
586-469-5351

**Plaintiff's name, address, and telephone no.**
DERRICK LEE CARDELLO-SMITH #267009
Ionia Maximum Correctional Facility, 1576 W. Bluewater
Hwy, Ionia, MI 48846 AND
PATRICIA LEE THOMPSON 23751 Brownstown Square
Dr #204, Brownstown Twp, MI 48174

**Plaintiff's attorney, bar no., address, and telephone no.**
Plaintiffs in Propria Persona

v

**Defendant's name, address, and telephone no.**
CARLI DIPIOLA-CARPENTER
7541 Yale Road
Avocca, MI 48006

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.    **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
| MAY - 2 2023 | AUG - 1 2023 | |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.
ANTHONY G. FORLINI

MC 01 (3/23) SUMMONS

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

*19*

STATE OF MICHIGAN
IN THE 16TH CIRCUIT COURT FOR MACOMB COUNTY
CIVIL DIVISION

DERRICK LEE CARDELLO-SMITH #267009
PATRICIA LEE THOMPSON
      Plaintiffs in Propria Persona

VS

CARLI DIPIOLA-CARPENTER
      Defendant

Case # 2023- ODI466-CK
Hon. _____

## RICHARD L. CARETTI

## COMPLAINT FOR BREACH OF CONTRACT
## & MONETARY DAMAGES AND JUDGEMENT

Now comes the Plaintiff, Derrick Lee Cardello-Smith #267009, and Co-Plaintiff Patricia Lee Thompson in the above cause pursuant to MCL 600.5801-5807 seeking Judgement to be entered against the Defendant **CARLI DIPIOLA-CARPENTER FOR TOTAL COMPLETE BREACH OF CONTRACT AND FAILURE TO PERFORM TERMS AGREED UPON IN THE CONTRACTUAL AGREEMENT BETWEEN PLAINTIFF AND DEFENDANT**.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a Jury Trial on the claims presented. This right is asserted pursuant to the State Constitution.

## JURISDICTIONAL STATEMENT

This Court has subject matter jurisdiction as the Plaintiff maintained a residence in Macomb County at least six (6) months prior to incarceration and filing of this action.

## MANDATORY DISCLOSURE STATEMENT

This Plaintiff has filed 124 State and Federal civil cases and appeals and over 40 Federal appeals under civil and criminal jurisdictions.

*20*

## DAMAGES SOUGHT

Plaintiff seeks monetary damages in the amount of Thirty Thousand Dollars ($30,000.00) for Breach of Contract and completion of services and terms reached between Plaintiff and Defendant Carli Dipiola-Carpenter.

## TERMS OF CONTRACTUAL AGREEMENT

Plaintiff, Derrick Lee Cardello-Smith 267009, agreed to pay Defendant Carli Dipiola-Carpenter the sum total of $5,000.00 at a rate of $500.00 per month for ten (10) months to cover the Defendants living expenses, food, drug rehabilitation fees, family costs and transportation costs in order for Defendant to be clean, sober, lucid and clear headed to appear for the civil hearings and depositions and to provide the truth as to what really happened on October 12, 1997.

Defendant agreed to tell the truth that no assault ever took place regarding the 1997 Assault Case claims that Defendant lodged against Plaintiff. Defendant Carpenter failed to perform her duties as detailed in the Contractual Agreement between both parties, and instead used the $5,000.00 to support her own substance abuse habits of heroin, cocaine and other illicit drugs resulting in the immediate loss of the $5,000.00 as well as other directly related costs of $20,000.00.

The $20,000.00 was paid directly to David Moffit and Associates because Defendant Carpenter failed to perform her duties to tell the truth at other hearings resulting in the direct loss by Plaintiff.

The Defendant provided testimony in open court alleging serious assaults having taken place upon her person by the Plaintiff in 1997 through 2021. This testimony and filings were lodged in 2018, 2019, 2020 and 2021 at multiple hearings while the Defendant was under the influence of controlled substances that affected her testimony as to the truth of the matter. The failure of the Defendant to preform her required contractual responsibilities resulted in significant financial loss that the Defendant is responsible for under MCL 600.5807 requiring this matter to be adjudicated in a Court of law.

The violation of the terms of Agreement are detailed in the supporting exhibit entitled "Plaintiffs Exhibit 1".

21

## CONCLUSION

Defendant failed to adhere, complete, fulfill and meet the terms of the Contract, and in doing so breached said Contract, resulting in significant monetary loss sustained by the Plaintiff after the monies were received by the Defendant. The monies were paid from money left in the hands of George Preston and the money which belonged to Plaintiff Derrick Lee Cardello-Smith as George Preston oversees the Cardello-Smith estate and trust.

## RELIEF REQUESTED

Wherefore Plaintiff prays this Court will enter Judgement in favor of the Plaintiff for $30,000.00 for Breach of Contract and grant any other relief this Court deem necessary and appropriate.

Respectfully submitted,

Derrick Lee Cardello-Smith 267009
Plaintiff
Ionia Maximum Correctional Facility
1576 W. Bluewater Hwy
Ionia, MI 48846

Patricia Lee Thompson
Plaintiff

4-7-23
Date

04/21/2023
Date

22

# Contractual Agreement

Mr. Derrick Lee Cardello-Smith,

After our many conversations through the mail, I have decided that in order for me to tell the TRUTH about the fact that you NEVER ASSAULTED ME and you NEVER CAUSED ME ANY PHYSICAL HARM at any point in 1997 and that the testimony I provided was in fact false, I will do so, only after you PROVIDE ME WITH $5,000.00 (Five-thousand Dollars), so long as you pay me in Cash Installments of $500.00 a week for Ten (10) weeks!

I have already contact George Preston many times over the past couple of years, and he said that he wants me to tell the truth about what happened that night in 1997 and why I testified to it agian in 2018 and 2019 and againt in 2022,I agreed to it, ONLY IF I AM GIVEN THE MONEY.

He stated that he has money that is Yours and that it would come from you and it has come from you....and from Patricia Penman as well, I have already received money from her back in 2018 to testify on you, so I was in a Drug Hazed state and I took the money and it helped me with what I needed.

I lied and Patricia Penman did in fact get me to agree to it after I was no longer scared, and Patricia Penman offered me money for my testimony in the civil and other cases.

So, if you agree to pay me $5,000.00 over a period of time, I will withdraw my lie about the Attack and Assault and tell the truth.

I need money for my own habits, and you can have you rpeople get me some money and then I will withdraw my false statement and tell the truth.

I most certainly lied when the Hearings took place in 2019 and have lied since then when I said that I coul dnot "Appear in Person because my Son was Sick". That was not true, I just could not look you in the eyes and lie in court again.

You said that the only way you would agree to this, is if I put it in writing (i.e., contract), so, here it is, in writing. You sign this and return it to me, and I will sign it and return it back to you, while your still at Muskegon, okay. I lied about everything, so, send me the money and I will tell the truth....Just for proof, I lied when I said I have no criminal History, in fact, I do, I did time at the address of 8850 North Stony Drive, Unit # 204, Washington, MI 48094. So, that should help you because I told Deyana Unis and Patricia Penman that I did not have a criminal history and when you had your hearings, I lied about that too and you were told I did not have a history, by Unis, and Penman and that guy Heberger...So, you never assaulted me, neve rhurt me, never treatment me wrong, in fact, you were a gentleman, and I lied about it in October 1997 and many times in 2018, 2019 and also in 2022.So, if you do not want me to lie again, pay me and we will be okay.

*Carli Carpenter*
Carli Diplola-Carpenter
7541 Yale Road
Avoca, MI 48006

DATED: February 18, 2022

*Derrick Lee Cardello-Smith*
Mr. Derrick Lee Cardello-Smith
#267009
1576 W. Bluewater Highway
Ionia, MI 48846

DATED: February 1, 2022

23

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| 16th JUDICIAL DISTRICT JUDICIAL CIRCUIT | DEFAULT REQUEST, AFFIDAVIT, AND ENTRY | 2023-001466-CK HON. RICHARD L. CARETTI |

Court address: 16th Circuit Court-Macomb 40 North Main Street-Mt. Clemens, MI 48043   Court telephone no.

| Plaintiff name(s), address(es), and telephone no(s). | | Defendant name(s), address(es), and telephone no(s). |
|---|---|---|
| Derrick Lee  Cardello-Smith,#267009 Probable Cause Conference Litigant Ionia Maximum Correctional Facility 1576 West Bluewater Highway Ionia, MI 48846 | v | Carli Dipiola-Carpenter Defendants-In Pro Per 7541  Yale Road Avoca, MI 48006 |

| Plaintiff's attorney, bar no., address, and telephone no. | Defendant's attorney, bar no., address and telephone no. |
|---|---|
| SELF-REPRESENTED PRISONER PLAINTIFF | PRO PER |

RECEIVED

JUN 1 2 2023

ANTHONY G. FORLINI
Macomb County Clerk

. Party in default:  **CARLI DIPIOLA-CARPENTER**

## REQUEST AND AFFIDAVIT

1. I request the clerk to enter the default of the party named above for failure to plead or otherwise defend as provided by law.

2. The defaulted party is not an infant or incompetent person.

3. ☐ It is unknown whether the defaulted party is in the military service. ☑ The defaulted party is not in the military service.
   ☐ The defaulted party is in the military but there has been notice of pendency of the action and adequate time and opportunity to appear and defend has been provided. Attached, as appropriate, is a waiver of rights and protections provided under the Servicemembers Civil Relief Act.  Facts upon which this conclusion is based are: (specify)

*Derrick Lee Cardello Smith 267009*
Applicant/Attorney signature                                    Bar no.

Subscribed and sworn to before me on *June 9  2023*, _____ *Ionia* _____ County, Michigan.
                                        Date

My commission expires: *2·27·29*                    Signature _____
                                    Date                        Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____ *Eaton* _____

NOTE: Default can be entered by a district court clerk without the request of a party.

## DEFAULT ENTRY

The default of the party named above for failure to plead or otherwise defend is entered.

*6-13-23*                          *Theresa Wright*
Date                              Court clerk

GUILLERMO A. SANTIAGO-DAVIS
NOTARY PUBLIC, STATE OF MI
COUNTY OF EATON
MY COMMISSION EXPIRES Feb 27, 2029
ACTING IN COUNTY OF *Ionia*

## CERTIFICATE OF MAILING

I certify that on this date copies of this default were served on the appropriate parties or their attorneys by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3).

*6-11-23*                          *Derrick Lee Cardello-Smith*
Date                              Signature

MC 07  (3/09)   DEFAULT REQUEST, AFFIDAVIT, AND ENTRY        MCL 32.517, MCL 600.2441, MCL 600.5759, MCR 2.603, 50 USC 521

*24*

Approved, SCAO
2nd copy – Defendant
1st copy – Court

| STATE OF MICHIGAN 16TH JUDICIAL DISTRICT JUDICIAL CIRCUIT | JUDGMENT Civil | CASE NO. 2023-001466-CK |

Court address
40 N. MAIN STREET, MT. CLEMENS, MI 48043

Court telephone no.
586-469-5351

Plaintiff(s)
DERRICK LEE CARDELLO-SMITH 267009

v

Defendant(s)
CARLI (BOIKE) DIPIOLA-CARPENTER

Plaintiff's/Plaintiff's attorney name, address, and telephone no.
PLAINTIFF'S IN PRO PER
1576 W. BLUEWATER HWY, IONIA, MI 48846

Defendant's/Defendant's attorney name, address, and telephone no.
7541 YALE RD., AVOCA, MI 48006

☑ **JUDGMENT**

For: __PLAINTIFF__

Against: __DEFENDANT__

☐ Trial          ☑ Consent
☐ Summary Disposition   ☐ Default*

☑ **DISMISSAL**
☐ Without prejudice   ☑ With prejudice
☐ No cause of action

*For a defendant on active military duty, default judgment shall not be entered except as provided by the Servicemembers Civil Relief Act.

## ORDER OF JUDGMENT NOT INCLUDING STATUTORY INTEREST

Damages:

Costs (fees): filing $ 175.00   jury $ 0.00   motion $ 0.00   service $ 8.67

statutory $ 0   (MCL 600.2441)

Attorney fee: ☐ statutory   ☐ other (specify) _____

Total judgment amount (This judgment will earn interest at statutory rates, computed from the filing date of the complaint.):

| | $ 5,000.00 |
| | $ 183.67 |
| | $ 0.00 |
| | $ 5,183.67 |

☑ The defendant shall pay the judgment in installment payments of $_____ each _____ starting _____ until the judgment is paid in full. The plaintiff shall not issue a periodic garnishment as long as payment is made.

Other conditions, if any: JOINT STIPULATED CONDITIONAL CONFIDENTIAL SETTLEMENT AGREEMENT & DISMISSAL /WP

☑ Approved as to form, notice of entry waived.
IT IS ORDERED that this judgment is granted.
This judgment resolves the last pending claim and closes the case unless checked here. ☐

~~AUGUST 01, 2023~~   08/08/2023
Judgment date

Court clerk

Bar no.

Derrick L Cardello Smith (signature)/permission
Plaintiff/Attorney   Patricia Lee Boykin

Carli Carpenter
Defendant/Attorney

Judgment has been entered and will be final unless a motion for new trial or an appeal is filed within 21 days after the judgment date.

## STATUTORY INTEREST

The judgment interest accrued from the filing of the complaint to judgment is $_____ and is based on:

(If additional rates apply, attach a separate sheet.)

☐ the statutory rate of _____ % from _____ to _____
☐ the statutory 6-month rate(s) of _____ % from _____ to _____ and
_____ % from _____ to _____

**CERTIFICATE OF MAILING**   I certify that on this date I served a copy of this judgment on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3).

8/9/2023
Date

Signature   Patricia Shepson

MCL 600.2441, MCL 600.5759, MCL 600.6013, MCL 600.837S, MCR 2.601, MCR 2.602, MCR 2.603, 50 USC App 521

MC 10   (3/16)   JUDGMENT, CIVIL

25

## AFFIDAVIT OF GEORGE PRESTON

Please be advised, that I swear and declare that the Person of CARLI CARPENTER did in fact reside in my home and at my property on and off between the times of 2021 through 2023 where Carli Carpenter stayed here periodically and resided here and received mail here at my residence stating because she was CLEANING HERSELF UP and getting Sober and staying away from her Husband because he did not help her get off drugs and alcohol and she drove out to my place for quite awhile and she needed a place to crash and so, she stayed with me here andMaintain 2 residences--1 was her regular home with her family at 5615 Fairgrove Road-Fairgrove,Michigan 48733 and the other place was here with me at 7541 Yale Road, AVoca, MI 48006. This was done for on and off times and she received mail here at this address and she received documents here and they were kept in my place until she left...She has a key to my home and it was done for her getting cleaned up and resolving what she did in the past.

I will attest to these events if the Court requires it as that they are true, real and accurate and they happened.

Thank you for your time.

_George Preston_

George Preston

Dated: _10/4/23_

_10/13/23_

SARAH L ARMSTRONG
Notary Public - State of Michigan
County of St Clair
My Commission Expires Mar 3, 2029
Acting in the County of St Clair

26

**INDIVIDUAL ACKNOWLEDGMENT**

State/Commonwealth of _Michigan_
County of _Saint Clair_ } ss.

On this the _13th_ day of _October_ _2023_, before me,
        Day              Month              Year

_Sarah L. Armstrong_, the undersigned Notary Public,
Name of Notary Public

personally appeared _George Preston_
                     Name(s) of Signer(s)

☐ personally known to me – OR –

☑ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

_____
Signature of Notary Public

SARAH L ARMSTRONG
Notary Public - State of Michigan
County of St Clair
My Commission Expires Mar 3, 2029
Acting in the County of _Saint Clair_

_EXP 3/3/2029_
Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

*Place Notary Seal/Stamp Above*

---

**— OPTIONAL —**

*This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Affidavit of residence_

Document Date: _10 | 11 | 23_          Number of Pages: _1_

Signer(s) Other Than Named Above: _NONE_

---

©2023 National Notary Association

M1304-07 (09/23)
Used for states (AL, AZ, CO, CT, DE, GA, IA, ID, IL, IN, KS, KY, LA, MD, ME, MI, MN, MS, MT, NC, ND, NE, NH, NJ, NM, OK, OR, RI, SC, SD, TN, VA, VT, WV, WI, WY)

*27*

STATE OF MICHIGAN
THIRD JUDICIAL CIRCUIT
WAYNE COUNTY

ORDER OF
CONVICTION AND SENTENCE

19-000756-01-FC

| ORI MI-  821095J | Court Address  1441 St. Antoine, Detroit MI 48226 | Courtroom  401 | Court Telephone No.  313-224-2481 |

THE PEOPLE OF THE STATE OF MICHIGAN          vs.    Derrick Lee Smith
                                                          Defendant

1. At a session of the court on ___04/18/2019___ before the Hon. __Bridget Mary Hathaway__

a judge of the court, the defendant was convicted by:    ☐ Jury    ☐ Bench    ☒ Plea (NOLO)

The offenses(s)                                              PACC code(s)

1. CSC 1st degree                    750.520B

2. CSC 1st degree                    750.520B

3. CSC 1st degree                    750.520B

4. CSC 1st degree                    750.520B

Hab. 3rd                              769.11

**FILED**
**CATHY M. GARRETT**
**WAYNE COUNTY CLERK**

**MAY 3, 2019**

2. The defendant was in court for sentence on ___05/02/19___ and was sentenced by the court to:

Probation, for a term of _____ years.    (see separate probation order)

Michigan Department of Corrections, confined for a term of not less than nor more than _____

ct. 1: 17 years 6 mths - 35 years MDOC;    ct. 2: 17 years 6 mths - 35 years MDOC;    ct. 3: 17 years 6mths - 35 years  MDOC
ct. 4: 17 years 6 mths - 35 years MDOC                                                                       years.

The maximum statutory penalty for the crime(s) of which said defendant stands convicted is _____ years.

Jail confinement for _____ days/months.

The conviction is reportable to the Secretary of State under MCL257.732 or 281.1040.

The defendant's drivers license number is _____

RECOMMENDATION   all counts to run concurrent; concurrent with present MDOC sentence · SEX  OFFENDER

REGISTRY  UNDER  SORA

_____

_____

| Attorney Fees $ 400 | Court Costs $ 1300 | Restitution $ | DNA Fee $ |
| Crime Victims $ 130.00 | State Minimum Costs 272.00 | Supervision Fee $ | |

☐ HIV testing was ordered on _____

The defendant was represented by ATTORNEY __Clifford Woodards__ BAR NO __60661__

and is to be given credit for ___113___ days served in JAIL
SAID CREDIT TO BE APPLIED TO MINIMUM AND MAXIMUM SENTENCE.                    76409

Honorable    Bridget Mary Hathaway

1007-3CC (08/2007)   ORDER OF CONVICTION AND SENTENCE

*28*

DEFENDANTS COPY MAY 2019 12:34 PM  NO. 0600 P. 4 CASE 2019-000756-01-FC

Approved, SCAO

| Original Court | 1st copy - Corrections | 4th copy - Michigan State Police CHC |
| Original - Court | 2nd copy - Corrections (for return) | 4th copy - Defendant |
| | | 5th copy - Prosecutor |

| STATE OF MICHIGAN | JUDGMENT OF SENTENCE | CASE NO. |
| THIRD JUDICIAL CIRCUIT | COMMITMENT TO DEPARTMENT OF CORRECTIONS | 19-000756-01-FC |
| WAYNE COUNTY | ☑ Amended | |

ORI MI – 821095J  Court Address  1441 St. Antoine, Detroit, MI 48226  Courtroom  401  Court Telephone No.  313-224-2481
Police Report No.

| THE PEOPLE OF THE STATE OF MICHIGAN | v | Defendant name, address, and telephone no. |
| | | Derrick Lee Smith |
| | | Alias(es) - |
| | | 2400 S Sheridan Dr  Muskegon, MI  49442 |

| CTN/TCN | SID | DOB |
| 18722163-01 | | 11/01/1972 |

| Prosecuting attorney name | Bar no. | Defendant attorney name | Bar no. |
| Deyana Unis | 81361 | Clifford Woodards | 60661 |

THE COURT FINDS:
1. The defendant was found guilty on  04/18/2019  of the crime(s) stated below:

| | CONVICTED BY | | | DISMISSED BY* | CRIME | CHARGE CODE (S) MCL citation/PACC Code |
| Count | Pleas* | Court | Jury | | | |
| 1 | NC | | | | CSC 1ST DEGREE | 750.520B |
| 2 | NC | | | | CSC 1ST DEGREE | 750.520B |
| 3 | NC | | | | CSC 1ST DEGREE | 750.520B |
| 4 | NC | | | | CSC 1ST DEGREE | 750.520B |
| | | | | | HAB. 3RD | 769.11 |

**FILED**
**CATHY M. GARRETT**
**WAYNE COUNTY CLERK**
**MAY 3, 2019**

*Insert "G" for guilty plea, "NC" for nolo contendere, or "MI" for guilty but mentally ill, "D" for dismissed by court or "NP" for dismissed by prosecutor/plaintiff.

☐ 2. The conviction is reportable to the Secretary of State under MCL 257.625(21)(b).
☐ 3. HIV testing and sex offender registration are completed.
☐ 4. The defendant has been fingerprinted according to MCL 28.243.
☐ 5. A DNA sample is already on file with the Michigan State Police from a previous case. No assessment is required.

Defendant's driver license number

IT IS ORDERED:
☐ 6. Probation is revoked.
7. Participating in a special alternative incarceration unit is  ☐ prohibited.  ☐ permitted.
8. Defendant is sentenced to custody of Michigan Department of Corrections. This sentence shall be executed immediately.

| Count | SENTENCE DATE | MINIMUM | | | MAXIMUM | | | DATE SENTENCE BEGINS | JAIL CREDIT | | OTHER INFORMATION |
| | | Years | Mos. | Days | Years | Mos. | Days | | Mos. | Days | |
| 1 | 05/02/2019 | 17 | 6 | | 35 | | | 05/02/2019 | | 113 | |
| 2 | 05/02/2019 | 17 | 6 | | 35 | | | 05/02/2019 | | 113 | |
| 3 | 05/02/2019 | 17 | 6 | | 35 | | | 05/02/2019 | | 113 | |
| 4 | 05/02/2019 | 17 | 6 | | 35 | | | 05/02/2019 | | 113 | |

☐ 9. Sentence(s) to be served consecutively to: (if this item is not checked, the sentence is concurrent)
   ☐ each other.   ☐ case numbers
10. The Defendant shall pay:

| State Minimum | Crime Victim | Restitution | DNA Assess. | Court Costs | Attorney Fees | Fine | Other Costs | Total |
| $ 68.00 x 4 | $ 130.00 | $ | $ | $ 1,300.00 | $ 400.00 | $ | $ | $ 2,102.00 |

The due date for payment is _____. Fine, costs, and fees not paid within 56 days of the due date are subject to a 20% late penalty on the amount owed.
11. The concealed weapon board shall  ☐ suspend for  ☐ days  ☐ permanently revoke  the concealed weapon license, permit number _____ issued by _____ County.
☑ 12. The defendant is subject to lifetime monitoring pursuant to MCL 750.520n.
13. Court recommendation:  All counts to run concurrent; Sentence to run concurrent with present MDOC sentence; Sex Offender Registry under SORA

05/02/2019
Date                                    Judge  Hon. Bridget Mary Hathaway          Bar no.  76409

I certify that this is a correct and complete abstract from the original court records. The sheriff shall, without needless delay, deliver defendant to the Michigan Department of Corrections at a place designated by the department.

(SEAL)

Deputy court clerk

MCL 765.15(2), MCL 769.1k, MCL 769.16a, MCL 775.22, MCL 780.766 MCR 6.427

CC 219h-3CC – (6/15)  JUDGMENT OF SENTENCE, COMMITMENT TO DEPARTMENT OF CORRECTIONS

29



| | | |
|---|---|---|
| **KYM L. WORTHY**<br>PROSECUTING ATTORNEY | COUNTY OF WAYNE<br>**OFFICE OF THE PROSECUTING<br>ATTORNEY**<br>DETROIT, MICHIGAN | 1200 FRANK MURPHY HALL OF JUSTICE<br>1441 ST. ANTOINE STREET<br>DETROIT, MICHIGAN 48226-2302 |
| **DARYL CARSON**<br>CHIEF OF STAFF | | TEL: (313) 224-5777<br>FAX: (313) 224-0974 |

November 6, 2023

Derrick Lee Smith
MDOC #267009
Ionia Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Dear Mr. Smith:

I write in response to your letter received October 29. I understand your claim. Given that you paid Miss Carpenter, anything she said in Macomb County Circuit Court does not change the analysis enough to recommend to the Prosecutor that you are factually innocent. This case has too much going on to have any confidence in a recantation from Miss Carpenter.

However, given your allegations of police misconduct, I forwarded your materials to our Public Integrity Unit.

Your case remains closed in this unit.

Sincerely,

/s/ VRN

Valerie Newman
Deputy Chief and
Director of Conviction Integrity Unit

3

STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



CADILLAC PLACE
3030 WEST GRAND BOULEVARD
SUITE 10-200
DETROIT, MI 48202

DANA NESSEL
ATTORNEY GENERAL

November 20, 2023

Derrick Lee Smith, MDOC# 267009
Ionia Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Dear Mr. Smith:

The Conviction Integrity Unit (CIU) has received your letter. It appears from your letter that you are asking for help with a conviction that occurred in Wayne County. The Wayne County Prosecutor's Office has an independent Conviction Integrity Unit. If you have not already reached out to their office, please write to them at the following address:

Valerie Newman
Conviction Integrity Unit
Wayne County Prosecutor's Office
Frank Murphy Hall of Justice
1441 St. Antoine
Detroit, MI  48226

I have full confidence in Ms. Newman and her staff. I know they will do their best to assist you. If you have already contacted the Wayne County Conviction Integrity Unit, there is no need to contact them again. Unfortunately, your file is closed in our office. We wish you the best of luck.

Sincerely,

Robyn B. Frankel
Assistant Attorney General
Director – Conviction Integrity Unit

AG CIU Letter Referring Matter to Wayne County (Smith) 2023.11.20



**KYM L. WORTHY**
PROSECUTING ATTORNEY

**DARYL CARSON**
CHIEF OF STAFF

COUNTY OF WAYNE
**OFFICE OF THE PROSECUTING ATTORNEY**
DETROIT, MICHIGAN

1200 FRANK MURPHY HALL OF JUSTICE
1441 ST. ANTOINE STREET
DETROIT, MICHIGAN 48226-2302

TEL: (313) 224-5777
FAX: (313) 224-0974

November 21, 2023

Derrick Lee Smith
MDOC #267009
Ionia Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Dear Mr. Smith:

I write in response to your letter received November 15. I do not disagree with your assessment. Therefore, I forwarded your prior letter and will forward this one to the Public Integrity Unit. If that unit determines to undertake an investigation, then they have the power to recommend to the Prosecutor that relief be granted if warranted.

Sincerely,

/s/ Van

Valerie Newman
Deputy Chief and
Director of Conviction Integrity Unit

*32*

 **detroit** **police**

# SEX CRIMES UNIT

## ARREST RECORD CORRECTION DEPARTMENT

DPD
SEXUAL CRIMES
UNIT
Records Section
JANUARY 7, 1998

REPORTING AGENCY: DETROIT POLICE DEPARTMENT
CASE REPORTING UPDATE AND CORRECTION OF ARREST RECORD

The Detroit Police Department acting on it's own Initiative and through the Sex Crimes Unit of the Violent Crimes Task Force hereby enacts and decrees that the Current and Past Reports of Sexual Offenses, Rapes, or Sexual Assaults against any Woman or Women that have been Lodged against the Person Named as Derrick lee Smith, Derrick Lee Moore, Derrick Smith are Not the Person or Party of Detroit Resident, Or of the Following Named Person, or Civilian and are to exclude the named person of:

**DERRICK LEE CARDELLO-SMITH MDOC # 267009**
**19246 HOYT-DETROIT, MI 48226**
**DATE OF BIRTH: NOVEMBER 01, 1972 (11-01-72)**
**SSN ███-██-████**

In 1997 Derrick Lee Cardello-Smith, Entered the Jackson Prison System for the Charge of Second-Degree Murder, and it is reflected in Homicide Report 1997-0811306.1 and in fact Derrick Lee Cardello-Smith is NOT THE SUSPECT, NOT THE PERPETRATOR, NOR THE PERSON WHO COMMITTED ANY RAPES, NOR ANY SEXUAL ASSAULTS AGAINST ANY FEMALE VICTIM IDENTIFIED, INVESTIGATED OR LISTED IN THE JURISDICTION OF THE DETROIT POLICE DEPARTMENT and in fact, The persons named as John Smith and Derek Lee Smith have listed their Individual alias and AKA's as Derrick Lee Cardello-Smith and in fact, Derrick Lee Cardello-Smith did not commit any sexually offense and was and is excluded from any sexual offense or reports of sexual encounters by any persons during any time frame of any residency in the City of Detroit, or in Any County in the State of Michigan and Any Reports, Documents or Others that list, site, discuss, contain, or have the Name of Civilian DERRICK LEE CARDELLO-SMITH in it during the time frames of 1992-1998, are in fact, FALSE REPORTS, FALSE STATEMENTS and Should Exclude Mr. Derrick Lee Cardello-Smith as that the reports are from a Deliberate, Intentional Group of Men and Women Who reside or have resided in the City of Detroit, Counties of Macomb, Oakland and Wayne and have in fact Filed False Charges of Rape against Multiple Persons and Parties of Interest to Extort money from the Unsuspecting Men and in fact were part of the RICO Units Targeted by the Internal Affairs Bureau of the Detroit Police Department, and in fact, 13 Women have been arrested and convicted of Placing False Rape Allegations and Testimony against the Civilians and Citizens of the State of Michigan and have in fact, continued to cooperate in other investigations that cannot be revealed at this time...However, Mr. Derrick Lee Cardello-Smith was in fact the target of these women due to the women being instructed to and paid to do so by Detroit Police Officers that Derrick Lee Cardello-Smith has prior history and Bad Blood with based on previous encounters. Derrick Lee Cardello-Smith has in fact been the Victim of These Said False Rape Charges by various women who have signed General Templates Reports Circulated by Former Detroit Police Officers who have been convicted of extortion, abuse of power and other crimes. The named persons and parties who were paid by the Former Detectives of the Detroit Police Department and Named Females Who filed False Police Reports are in fact listed on the accompanying report attachment, as that the charges are false, the reports have to be redacted and voided from the Law Enforcement Information Network to Ensure that Derrick Lee Cardello-Smith is not listed as a Sex Offender in the MDOC or any other Public Record. Derrick Lee Cardello-Smith is not a Sex Offender and the Internal Documents Must Follow him to the MDOC and not the Incorrect Documents.

*Patrick L. Jackman* B5489
Patrick Jackman, Public Records Supervisor-DPD

33



# HOMICIDE REPORT

**police**

# AMENDED

REPORTING AGENCY: DETROIT POLICE DEPARTMENT
<u>CASE REPORT NUMBER: 0811306.1</u>

REPORTED ON JULY 24, 1997 00:45AM OCCURRED ON JULY 8, 1997
AT EAST 8 MILE & VAN DYKE ROADS-DETROIT, MI SCA/10:09PM SECTOR A 9TH

---

OFFENSE:HOMICIDE-SPECIAL CIRCUMSTANCES-**MURDER**:OFFENSE IS A REGISTERED SELF-
DEFENSE EXPERT WITH TRAINING IN MARTIAL ARTS 7 HAND-TO-HAND COMBAT-OFFENSE
HIGHTENED--BY INTENTIONAL OVERKILL & INTENTIONAL OVERUSE OF DEFENSE TACTICS-
OFFENDER KNEW THAT THE 3 ATTACKERS WERE CIVILIANS & NOT TRAINED COMBATANTS

---

1. ARRESTEE: DERRICK LEE CARDELLO-SMITH:AGE:24SEXMALE:RACE:BLACK-ITALIAN-MEX-
ADDRESS:▮▮▮▮ ▮▮▮-DETROIT, MI 48205-26--Phone ▮▮▮-▮▮▮-▮▮▮▮
HOMICIDE VICTIM/ATTACKER:CARL BISHOP:AGE 47:SEX:MALE-RACE:CAUCASIAN/WHITE- No
Relationship to Suspect/Offender--
3.ASSAULT VICTIM/ATTACKER:ROBERT GUNTER:AGE:53:SEX:MALE-RACE:CAUCASIAN/WHITE-
No Relationship to Suspect/Offender
4.ASSAULT VICTIM/ATTACKER:DAVID BROCK: AGE:$$:SEX:MALE-RACE:CAUCASIAN/WHITE-
No Relationship to Suspect/Offender
OFFENDER DESCRIPTION: On or About July 7/8, 1997, Suspect **DERRICK LEE
CARDELLO-SMITH**, Age 24, and His Female Companion ▮▮▮▮ ▮▮▮▮▮▮ age 20, were
leaving the AMC Movie Theater on 8 Mile & Van Dyke Roads in Detroit, MI when
the 2 were approached by Three Strangers known now as the above Three Named
Victim/Attackers. The deceased Victim **CARL BISHOP** and his 2 friends were
leaving a Tavern/Bar Adjacent to the Theater when they came upon Derrick Lee
Cardello-Smith and his Girlfriend heading to their Car (1997 Chevy Camaro Z-
28) and as they passed by the 3 Victims/Attackers, Comments were made about
the pair being an **"Interacial-Couple"** and words were exchanged--An argument
ensued between all Men with the Leader, **Carl Bishop** becoming enraged that the
Suspect was with a **"Woman of the Opposite Race!"** hat she is White and Needs
to 'Stay within Her own Race". The Trio them Started Yelling to Offender
Cardello-Smith that **"O.J. KILLED HIS WOMAN, so Will this Nigger Your With!"**
    Offender Cardello-Smith was attempting to keep the matter from
getting more aggressive, when, according to Witnesses and bystanders, two of
the three men started fighting Cardello-Smith, who saw the Third Mail, **Carl
Bishop** was physically attacking his Girlfriend by slapping her with his Hand
to face contact, and calling her a **"Nigger-Lover"** and **"Race Traitor!"**
    Cardello-Smith was still Engaged with **Gunter & Brock** when his
Girlfriend yelled out, **"Derrick Help!"**, Derrick then saw her and saw that the
(Decedent) **Carl Bishop** had in fact Brandished a **Sharp Edged Weapon and/or
Knife** and was about to Stab his Girlfriend while the Other 2 Men were keeping
Derrick Busy and they were Laughing, and then, According to Witnesses,
Cardello-Smith broke Gunter's Arm, Broke the Leg of Brock, immobilizing them
both and Cardello-Smith then Ran & Intercepted the knife by Placing **His Own
Arm** in between the Blade of the Weapon and His Companions Body/Upper torso,
the Knife then Penetrated Cardello-Smith's Right Forearm and Cardello-Smith
grabbed Carl Bishop's Wrist Pulling the Knife out and Forced it into the
Lungs of the remaining Victim/Attacker Carl Bishop. Offender Cardello-Smith
was then heard saying **"You were going to Stab my Date! Now Your Going to Die
in a Filthy Parking Lot, You should have Just Let us Be!" "Die Where You Are
You Racist Bitch!"** Cardello-Smith then went to his Companion who was Shaken.
    Derrick then Went to the Other 2 Pair that were already
immobilized and proceeded to Kick them and Fracture other parts of their
bodies until he was Subdued by Officers who arrived on Scene--The Victim Carl
**Bishop** was taken to Emergency Triage at St. Johns Hospital where he Succumbed
to his Injuries 2 Weeks later--Cardello-Smith was then taken into Custody for
Open Murder.
    Arrestee transported to 9th Precinct for Holding/Charging
Purposes review by **Detective Jose' Ortiz and Sgt. David Cobb.**

PEOPLE OF THE STATE OF MICHIGAN
-VS-
DERRICK LEE CARDELLO-SMITH
MDOC #267009

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK

MAY 3, 2019

WAYNE COUNTY CIRCUIT COURT DESCRIPTION OF
THE OFFENSE & SENTENCING INFORMATION FOR
PLACEMENT ON PUBLIC INFORMATION SYSTEM &
STATE PRISON INFORMATION SYSTEM IN FULL
COMPLIANCE WITH SETTLEMENT AGREMENT OF
MAY 2, 2019 REGARDING THE CORRECTED AND
UPDATED RELEASE DATE & INFORMATION FOR
MR. DERRICK LEE CARDELLO-SMITH #267009
CASE NO'S 1997-010147-01-FC-2008-008639-01-FC
RESOLVED IN THE SETTLEMENT AGREEMENT OF
2019-000756-01-FC ON MAY 3, 2019 IN DETROIT, MI
NEW RELEASE DATE OF AUGUST 18, 2020

35

| Court Name (Last, First, Middle) | | MDOC Nbr. | Given Name(Last, First, Middle) |
|---|---|---|---|
| Smith, Derrick Lee | | 267009 | Same |

| Name Type | Other Names (Last, First, Middle) | |
|---|---|---|
| Alias | SMITH, DERRICK LEE | |
| Court/Commitment Name | | |

| Place of Birth | Citizenship | Last Known Address & Telephone No. |
|---|---|---|
| Michigan | USA | |
| State & DLN   None | DOB   11/01/1972 | |
| SID No.  1504755E | FBI No.  498829LA9 | |

| Race | Sex | Hair | Eyes |
|---|---|---|---|
| Black or African American | Male | Black | Brown |

| Height | Weight | Highest Grade Completed | Occupation | Health Ins. | Assets-$1,500 & Up | Monthly Income of $75 & Up |
|---|---|---|---|---|---|---|
| 5' 10" | 180 | | None | No | No | No |

| Marital Status | Dependents | Religion | Military Branch | Military Dates | Discharge Type |
|---|---|---|---|---|---|
| ▮▮▮▮ | 0 | Catholic | Army | 1972-1991 | Medical |

| | | Drug Abuse | Alcohol Abuse | Mental Health Treatment |
|---|---|---|---|---|
| Marks, Scars, Amputations, Tattoos | | No | No | No |
| Tattoo Right Upper Arm | Tattoo Left  Arm | Scar Right  Forearm | | |

## CRIMINAL HISTORY

**FILED**
**CATHY M. GARRETT**
**WAYNE COUNTY CLERK**
**MAY 3, 2019**

| Juvenile | | | Adult | | | | Status at Time of Offense | |
|---|---|---|---|---|---|---|---|---|
| Comm. | Prob. | Esc. | Jail | Pris. | Prob. | Esc. | X | None |
| 0 | 1 | 0 | 3 | 1 | 2 | 0 | | HYTA |

| Age of First Arrest | Sex Offense Convictions | SAI Eligible | | Probation |
|---|---|---|---|---|
| | | | | District Probation |
| Pending Charges in Court | No. of Prior Felony Convictions | | | Federal Probation |
| No | 2 | | | Federal Parole |

Delayed Sentence
Parole
Jail
State Prison
On Bond
Juvenile Court Supervision

| Type of Report | County   Wayne County | | |
|---|---|---|---|
| Presentence | DOC Recommended Disposition  ▮ | Probation Violation New Sentence   No | Probation Violation Technical   No |

Agent & Caseload No. ▮▮▮▮▮

## CURRENT OFFENSE

| NO.   1   OF   4 | Docket No.:  Charge (1): 19000756-01-FC | | Last Name:  Smith | |
|---|---|---|---|---|
| PACC Code | Offense | | Max | Consecutive Sentence |
| 750.520B | Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | | ▮ | No |
| Victim / Relationship | | Codefendant(s) | | |
| Boike, Carli - No Relationship | | None | | |

| Circuit | Judge | Attorney | Retained / Appointed |
|---|---|---|---|
| 03rd Circuit Court - Wayne County | Bridget Mary Hathaway | | |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|---|---|---|---|---|---|---|
| Nolo Contendere | 10/12/1997 | 01/09/2019 | 01/09/2019 | 04/18/2019 | 113 | No |

## DISPOSITION

| Sentence Type | Sentence Date | CTN 821872216301 | Fine | Cost | Restitution |
|---|---|---|---|---|---|

| MINIMUM | | | MAXIMUM | | | LIFE | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |

| Attorney Fees | Forensic Fees | Restitution Fund Fees | Other Fees |
|---|---|---|---|

| Sentencing Guidelines | | | LIFE | NA | Prior Record Total | Offense Variable Total |
|---|---|---|---|---|---|---|
| RANGE | | | | | 65 | 100 |
| Low:   240 | High:   480 | | | | | |

Comments:

Smith, Derrick Lee  -  267009
05/02/2019  10:57:24

*36*

## CURRENT OFFENSE

NO.   2   OF   4        Docket No.:  Charge (2): 19000756-01-FC        Last Name:  Smith

| PACC Code 750.520B | Offense Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | | Max LIFE | Consecutive Sentence No |
|---|---|---|---|---|
| Victim / Relationship Boike, Carli - No Relationship | | Codefendant(s) None | | |
| Circuit 03rd Circuit Court - Wayne County | Judge Bridget Mary Hathaway | | Attorney ████████ | Retained / Appointed ████████ |
| Method of Conviction Nolo Contendere | Date of Offense 10/12/1997 | Date of Arrest 01/09/2019 | Date of Bond 01/09/2019 | Date of Conviction 04/18/2019 | Jail Credit 113 | Guilty But Mentally Ill No |

### DISPOSITION

| Sentence Type | | Sentence Date | CTN 821872216301 | | Fine | | Cost | | Restitution |
|---|---|---|---|---|---|---|---|---|---|

| MINIMUM | | | MAXIMUM | | | LIFE | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |

| Attorney Fees | Forensic Fees | Restitution Fund Fees | Other Fees |
|---|---|---|---|

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
MAY 3, 2019

Sentencing Guidelines

| RANGE | | LIFE | NA | Prior Record Total | Offense Variable Total |
|---|---|---|---|---|---|
| Low: | High: | | X | | |

Comments:

## CURRENT OFFENSE

NO.   3   OF   4        Docket No.:  Charge (3): 19000756-01-FC        Last Name:  Smith

| PACC Code 750.520B | Offense Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | | Max ████ | Consecutive Sentence No |
|---|---|---|---|---|
| Victim / Relationship Boike, Carli - No Relationship | | Codefendant(s) None | | |
| Circuit 03rd Circuit Court - Wayne County | Judge Bridget Mary Hathaway | | Attorney ████████ | Retained / Appointed ████████ |
| Method of Conviction Nolo Contendere | Date of Offense 10/12/1997 | Date of Arrest 01/09/2019 | Date of Bond 01/09/2019 | Date of Conviction 04/18/2019 | Jail Credit 113 | Guilty But Mentally Ill No |

### DISPOSITION

| Sentence Type | | Sentence Date | CTN 821872216301 | | Fine | | Cost | | Restitution |
|---|---|---|---|---|---|---|---|---|---|

| MINIMUM | | | MAXIMUM | | | LIFE | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |

| Attorney Fees | Forensic Fees | Restitution Fund Fees | Other Fees |
|---|---|---|---|

Sentencing Guidelines

| RANGE | | LIFE | NA | Prior Record Total | Offense Variable Total |
|---|---|---|---|---|---|
| Low: | High: | | X | | |

Comments:

## CURRENT OFFENSE

NO.   4   OF   4        Docket No.:  Charge (4): 19000756-01-FC        Last Name:  Smith

| PACC Code 750.520B | Offense Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | | Max ████ | Consecutive Sentence No |
|---|---|---|---|---|

Smith, Derrick Lee  -  267009
05/02/2019  10:57:24

37

The following information was garnered from the Wayne County Prosecutor's Office 'Criminal Investigation Division's Investigator's Reports dated October 22, 2018, and updated May 2, 2019, per new plea and settlement agreement with the Defendant, Complainant, Wayne County Prosecutor's Office, and Michigan Attorney General's Office. This information and report stays in the electronic and paper file -- hard copy ved by any MDOC or other official per settlement agreement between all parties involved in the case, effective on May 2, 2019.

This case has multiple layers to it, and it involves separate incidents which are: Second Degree Murder - - With Special Circumstances - - Self-Defense.

The criminal sexual conduct is a different case and is not related to each other for scoring and sentencing purposes.

On July 8, 1997, Defendant Derrick Lee Cardello-Smith and his female companion, a movie theatre when they were approached by the now deceased victim, Cari Bishop, and two companions were exiting a tavern on 8 Mile and Van Dyke in Detroit, MI. When they came upon Defendant Derrick Lee Cardello-Smith and his female companion who were leaving a movie theatre when Defendant Cardello-Smith and his girlfriend bumped into each other at the corner of the parking lot and building - an argument ensued with the three men becoming enraged that the Defendant was with a woman of the opposite race (Caucasian). They started yelling obscenities to the Defendant and his companion. Defendant was attempting to keep the matter from getting more aggressive, when according to witnesses, two of the men started fighting with Defendant Cardello-Smith, who then saw that his female companion was being attacked physically by one assailant, Carl Bishop (decedent). Cardello-Smith injured two of the men he was fighting, then ran over to the decedent, Carl Bishop who had pulled a knife on the female companion and was going to assault her with the knife. Defendant caught the decedent by his wrist and while they were grappling, Cardello-Smith then fell on top of the victim Carl Bishop, and the weapon had penetrated the assailant's/decedent's lungs. Defendant then was heard saying "Now you're going to die in a filthy parking lot with your own weapon in your chest" - - the victim was rushed to Emergency Care at St. Johns Hospital where he was kept in intensive care for two weeks, before he succumbing to his injuries. Two weeks later Cardello-Smith was taken into custody for 2nd Degree Murder and was sentenced to Parolable Life.

While in custody, and while representing himself, Defendant obtained an Appeal. Defendant then entered a Plea of No-Contest to a number of years and was given a new conviction from a sexual assault case that occurred in January 2008, while the Appellant was out on bond pending his original appeal.

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
MAY 3 2019

38

See police report for full description of the crime as required by new settlement as to the sex crime, which Appellant successfully appealed in January 2019. Defendant is now before this court to be resentenced and has in fact taken a No-Contest Plea for the vacating and dismissal of six (6) counts of Criminal Sexual Conduct, 1st Degree (Adult); and two (2) counts of Kidnapping in January 2008. Please see Supplemental Incident report from the Detroit Police Department.

The terms of the sentence and new agreement are; twenty-five (25) years to thirty-five (35) years; no habitual, and a full dismissal of the Criminal Sexual Conduct Charges with the active sentence being second-degree murder. This new sentence takes effect upon the signing of the final Cobbs evaluation and all parties agreeing. Therefore, OTIS (Offender Tracking Information System) will reflect the criminal sexual conduct until the case is resolved-per the agreement between all parties.

The new sentence is the active sentence and will take active sentence status in 2016, and this new sentence will remain in the file record until court approved.

Any party or agency removing this from the file will be subject to liability as agreed upon in the settlement and stipulation between all parties.

Defendant currently will receive a wrongful conviction settlement at $50,000.00 for each year on the Counts of Criminal Sexual Conduct upon final settlement for the 1997 and 2008 cases per agreement. not subject to forfeiture by the State Correction's Reimbursement Act per the agreed upon amount already paid to the STATE OF MICHIGAN (agreement not provided per privacy laws) - - Three Million, Six-Hundred thousand, dollar settlement will be released to Defendant upon the final resolution of the criminal sexual conduct case, which is currently under review by the parties of Wayne County Prosecutor's Office, Michigan Attorney General's Office, and the Defendant, upon release from the custody of the Michigan Department of Corrections, or an heir or spouse is named by defendant

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
MAY 3, 2019

## Sexual Offense Encounter Description

The following information was garnered from the Wayne County Prosecutor's Office Criminal Investigations Division Investigator's Report, dated 10/22/18:

On 10/12/97, Carli Boile reported to Detroit Police Officers she was sexually assaulted. She stated she had stopped at Shell Gas Station near 8 Mile and Schoenherr in the City of Detroit. As she was waiting to pull out into traffic, an unknown male jumped into her car and forced her to drive to an unknown location. Once there, he forced her into the backseat and sexually assaulted her. She stated she got off work at the Club between 2:30 and 3:30 am.

A guy walked by and asked if she could give him a ride home and said he just got out of jail. She told him, "no", and went into the Shell Gas Station at 9 Mile and Regent. After getting gas, she was about to light a cigarette while waiting to pull out of the parking lot. The same guy got into her vehicle and told her to drive. She told him to get out, and he told her to shut up and drive. and said his mom lives on Carlisle and to take him there. While driving he told her, "oh yeah,                            He told her to take him to a friend's house and was giving her directions that took them to an alley. The last street she recalled seeing was Alcoy. He said he was waiting for his friend to get home. He told her to turn the car off and it was a bad neighborhood, so she does not want to wake anyone up. About 15 minutes later, she told him he was going to have to wait by himself and she was leaving. She went to turn the car on and the keys were gone. She did not notice the defendant had taken them. She asked of the keys and he told her no. She promised not to star the car and he gave her the keys. He started getting closer to her. Carli said she grabbed her mace and he did not notice. He locked the doors a~~nd reclined her seat. He told~~ her they were going to have sex, and he had not had sex in years because he was in ~~federal prison. She started to~~ say, "lets' get a hotel room or something, "and he began pulling her pants down and s~~he twisted around, so they we~~ are going to have sex right here and right now." He pulled her pants down and told h~~er to pull her clothes off.~~ She told him, "no", and he pulled her shirt over her head. She kept fighting him and he s~~aw the mace in her hand and~~ asked what it is. She told him it was nothing and tried to hide it underneath her. H~~e rolled her over, saw it, and~~ then threw it in the front seat. He told her she could mace him, fight with him, but ~~nothing she would do would~~ stop him and he could kill her right there. He put his penis inside of her vagina. He attempted to force his penis in her mouth. After the assault, he had her drive him to the gas station. He left when another patron started paying attention to Carli. She said she was speaking very loudly trying to get him out of her vehicle. She described him as black or Puerto Rican, and indicated he had long hair tied back in a ponytail.

A group founded by the National Institute of Justice was formed to address the issue of sexual assault kits that were not tested in Detroit. This kit was tested in 2015, and the DNA obtained from the kit matched the defendant's.

On 10/11/2018, the victim was re-interviewed and stated she was working at Player Night Club and went to the gas station after work to get gas. She recalled the same circumstances as to how he got into her car. She added once he got in the car she said, "what do you need, you can go get drugs. He said, "Yeah, drive me there and I can go get drugs," I can't remember the street. He had me pull in the ally end and stopped and there was a house kitty corner with a light on. He said we gotta wait. I started to believe that once he got out, I'd be able to get away.

### Marital Update

The Defendant is a single widowed male. His wife passed away from natural causes. His son passed away in a traffic accident while on his way to visit the Defendant in 2010 due to a Drunk Driver. Defendant has a son-ln-law named James Preston and a daughter who resides in France named Bridgette Marie Preston—His other family

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
MAY 3 2010

ties are four brothers and two sisters which he supports and has contact with. Defendant's mother, Rhonda Smith is deceased by natural causes in 2011. Defendant's father, Raymond Cardello-Smith died of natural causes when Defendant was nine-years old.

## Education Update

Writer verified the Defendant obtained a High School Diploma from Notre Dame High School while serving in the United States Army. Defendant obtained an Associate's Degree from Wayne State University in Criminal Law, Civil Rights Litigation, Post-Conviction Proceedings, Appellate Law, and two Certificates of Completion from Blackstone School of Law and Blackstone Career Institute. Defendant is a 4th Degree Black Belt in Tae Kwon Doe as verified by United Take Kwon Doe School Instructor, Master San Kwu Shim. Defendant also has hand to hand training in Close Quarter Combat. While in the Special Branch of the US Army - - Per HYTA DIVERSION PROGRAM - - Defendant was discharged with an honorable status.

## Financial Update

Defendant, as noted above, has cooperated with release of financial information and assets. Defendant has a Settlement Agreement with the Michigan Department of Attorney General; The Wayne County Prosecutor's Office; and Defendant himself, where the , Jurisdiction over his finances from the wrongful convictions for the ten (10) counts of criminal sexual conduct; two (2) counts of kidnapping under the WRONGFUL CONVICTION CLAMS ACT at the rate of $50,000.00 for each year of December 1997, thru May 2019 which will be available upon his release on the second-degree murder charge, and new second-degree murder sentence when the case is resolved in civil litigation where defendant is representing himself. This Money is not subject to the State Corrections Reimbursement Act under the Cobb's agreement and settlement between MDOC, WCPA magistrate, and Defendant.

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
MAY 3 2019



/SE

41



# HOMICIDE INCIDENT REPORT

REPORTING AGENCY: DETROIT POLICE DEPARTMENT
<u>CASE REPORT NUMBER: 0801130106.1</u>

## police

REPORTED ON JULY 8, 1997 12:45AM OCCURRED ON JULY 24,1997,10:00PM
AT EAST 8 & VAN DYKE ROADS-DETROIT,MI SCA/CENSUS:10:09pmSECTOR A

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
MAY 3, 2019

OFFENSE:HOMICIDE-SPECIAL CIRCUMSTANCES-**MURDER**:OFFENDER IS A **REGISTERED SELF-DEFENSE EXPERT** WITH TRAINING IN **MARTIAL ARTS & HAND-TO-HAND COMBAT-OFFENSE** HIGHTENED--BY INTENTIONAL OVERKILL & INTENTIONAL **OVERUSE** OF DEFENSE TACTICS-OFFENDER KNEW 3 ASSAILANTS WERE CIVILIANS & **NOT TRAINED COMBATANTS**

---

1. <u>ARRESTEE: DERRICK LEE CARDELLO-SMITH</u>:AGE:24SEXMALE:RACE:BLACK-ITALIAN-MEX-
ADDRESS:▮▮▮▮ ▮▮▮-DETROIT, MI 48226--Phone▮▮▮▮▮▮▮▮
2. <u>HOMICIDE VICTIM: **CARL BISHOP**</u>:  AGE:47:SEX MALE RACE CAUCASIAN/WHITE -No
Relationship to Suspect/Offender
3. <u>ASSAULT VICTIM: **ROBERT GUNTER**</u>: AGE:53:SEX MALE:RACE CAUCASIAN/WHITE NO
Relationship to Suspect/Offender
4. <u>ASSAULT VICTIM: **DAVID BROCK**</u>: AGE:44:  SEX:MALE:RACE CAUCASIAN/WHITE No
relationship to Suspect/Offender
OFFENSE DESCRIPTION: On July 7, 1997, Suspect **DERRICK LEE CARDELLO-SMITH**, Age
24, and His Girlfriend, ▮▮▮▮ ▮▮▮▮▮▮ Age 20, were leaving the AMC Movie
Theater on 8 Mile & Van Dyke Roads in Detroit, Michigan when the 2 were
approached by three Strangers known now as the above three named Victims. The
Deceased Victim **CARL BISHOP** and his two friends were leaving a Tavern/Bar,
when they came upon Derrick Lee Cardello-Smith & his Girlfriend were heading
to their car in the parking Lot and then passed the three Men who made
comments about the pair being an "Interracial Couple" and words were then
exchanged--an Argument ensued between all the men involved with the Leader,
Carl Bishop becoming Enraged that the Suspect was with a woman of the
Opposite Race-She is Caucasian and Needs to stay within her own race, the
three men were saying. The Trio Started yelling obscenities at Cardello-Smith
and his Girlfriend. OJ KILLED HIS WOMAN so what this **Nigger** Here your with!
        Offender Cardello-Smith was attempting to keep the matter from
getting more aggressive, when, according to witnesses and bystanders, two of
them men started fighting with Cardello-Smith, who saw that the Third Male,
Carl Bishop was physically attacking his Girlfriend, by slapping her and
calling her a **"Nigger-Lover""** and **"Race Traitor'"**.
        Cardello-Smith was still engaged in fighting Gunter & Brock, when
his Girlfriend then yelled out, **"Derrick Help!""**, Derrick then saw her and
saw that the (Decedent) Carl Bishop had in fact possessed a Sharp Edged
Weapon and/or knife and was about to Stab Derrick's Girlfriend while the
other 2 Men were keeping Derrick Busy and they were laughing, and then, the
next thing, Offender Cardello-Smith broke Gunters Arm, Broke the Leg of Mr.
Brock, immobilizing both parties and Cardello-Smith then Ran and Intercepted
the knife by placing **His Own Arm** in between the Weapon and his Girlfriends
Upper Torse and then, the knife penetrated Mr. Cardello-Smith's Right
Forearm, and then, Cardello-Smith grabbed Carl Bishops Wrist and Pulled the
knife out of his arm and forced it into the Lungs of the Remaining Assailant,
Carl Bishop, Offender was heard saying to the now deceased Victim "You do not
like Interracial Couples!  **You were going to Stab my Girl! 'Now Your Going
to Die ina Filthy Parking Lot with Your Own Knife in your chest!**"And then,
Cardello-Smith Punch the Victim Car Bishop 17 times and then the pair "Fell"
to the ground... Cardello-Smith then told the Victim, **"You should have let
this go andjust left us alone!" Die where you are YOu Racist Bitch!**"
        Derrick then went to the other 2 pair that were immobolized and
proceeded to kick them and break other bones on their bodies until he was
subdued by Officers who arrived on Scene.-The Victim Carl Bishop was taken to
Emergency Care at St. Johns Hospital where he succumbed to his injuries 2
weeks later---Derrick Cardello-Smith was taken in to custody for Open Murder.

Arrestee Transported to 9th Precinct-Eastern District for holding and
processing pending Charges Review by **Detectives Jose' Ortiz & David Cobb**



**SUPPLEMENTAL INCIDENT REPORT**

REPORTING AGENCY:  DETROIT POLICE DEPARTMENT

CASE REPORT NUMBER : 0801130106.1

PRECINCT:  SEX CRIMES UNIT                PHONE: 313-596-5540

REPORTED ON: January '13. 2008 12:00 am      OCCURRED ON:  January 13, 2008 3:00 am      OCCURRED BETWEEN: January 13, 2008 6:20 am

OCCURRED AT: F/0 13870 EDMORE DETROIT                                                SCA/CENSUS: 0 51, SECT LEAS 50

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
MAY 3, 2019

OFFENSE:  CSC 1ST DEGREE -PENETRATION PENIS/VAGINA            CODE: 1100   DISPOSITION: ARREST

1. ARRESTEE: DERRRICK SMITH    AGE: 35 SEX: MALE RACE: BLACK     ADDRESS: ▓▓▓▓
                                                                 Phone Hm: ▓▓▓▓

2. VICTIM: LISA BOMMÄRITO      AGE: 31 SEX: FEMALE RACE: WHITE   ADDRESS: ▓▓▓▓     Relationship to (1):  relationship
                                                                 Phone Hm: ▓▓▓     unknown

3- VICTIM: ANDREA             AGE: 21 SEX: FEMALE RACE: WHITE    ADDRESS: ▓▓▓▓     Relationship to (1):  relationship
BOMMARITO                                                        Phone Hm: ▓▓▓     unknown

4. WITNESS: DAVID COBB        AGE: unknown SEX: MALE RACE: BLACK ADDRESS: ▓▓▓▓     Relationship to (1):  relationship
                                                                 Phone Hm: ▓▓▓     in the US Army together Cobb was
                                                                                   Smith's Commander

WITNESS NARRATIVE: SARGEANT DAVID COBB, DETROIT POLICE DEPARTMENT WAS PRESENT DURING THE ASSAULT. TINA BOMMARITO IDENTIFIED SERGEANT COBB AS HAVING A GUN TO ARRESTEE DERRICK SMITH'S HEAD AND FORCED ARRESTEE SMITH TO ACKNOWLEDGE AND CLAIM HE WOULD RAPE THEM BOTH AND SARGEANT COBB FORCED ARRESTEE SMITH TO ACT AS THOUGH A RAPE TOOK PLACE. ARRESTEE SMITH WRESTLED SARGEANT COBB'S SERVICE REVOLVER FROM COBB AND DISCHARGED A ROUND INTO COBB'S PROTECTIVE VEST. ARRESTEE SMITH WAS ABLE TO SAVE SECONDARY WITNESS KATHY PRESTON FROM COBB..

WEAPON USED: PERSONAL WEAPONS (HANDS, FEET,
TEETH, ETC.)

TOTAL PROPERTY VALUE: NONE

REPORTING OFFICER: P.O. NICOLE, RABIOR   COMMAND:  5TH/EASTERN DISTRICT POS

VERIFIED BY:  SGT. ELMER, FELTON   COMMAND:  5TH/EASTERN DISTRICT

43

# DETROIT POLICE DEPARTMENT FOLLOW-UP REPORT

DETROIT POLICE DEPARTMENT

Case No. 0801130106
Report No. 0801130106.3
Report Date: 1/13/2008

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
Page 1 of 4

MAY 3, 2019

| | | | | | |
|---|---|---|---|---|---|
| Subject | 05-05-ED 12 CSC 1  ARR | | | | |
| Case Report Status | S - SUBMITTED | Date Entered | 1/13/2008 8:04:50 PM | Reporting Officer | 236839 - KNIGHT, JERRY |
| County | 82 - WAYNE | Entered By | 234406 - ORTIZ, JOSE | | |
| City/Township | 99 - DETROIT | Date Verified | | Assisted By | |
| | | Verified By | | 237145 - RABIOR, NICOLE | |
| Occurred On | 1/13/2008 3:00:00 AM | Date Approved | | | |
| (and Between) | 1/13/2008 6:20:00 AM | Approved By | | Assist Agency | |
| Location | F/O 13870 EDMORE | Connecting Cases | | | |
| CSZ | DETROIT, MI  48205 | Disposition | ARREST | | |
| Census/Geo Code | 5003 | Tactical Actions | | | |
| Grid | E1 - 0501 | Clearance Reason | | | |
| Call Source | CAD/DISP | Date of Clearance | | | |
| | | Reporting Agency | DETROIT POLICE DEPARTMENT | | |
| Vehicle Activity | | Division | 5th/Eastern District | | |
| Vehicle Traveling | | Notified | CIB-MILES SEX CRIMES ORTIZ N/C | | |
| | | | SGT WALKER ED DESK SGT | | |
| | | | DECKER | | |
| Cross Street | | | | | |
| Means | | | | | |
| Other Means | | | | | |
| Motive | | | | | |
| Other Motives | | | | | |

Report Narrative    PO JOSE ORTIZ 4049 SEX CRIMES CODE 3510 WINTER FURLOUGH TAKEN.

WRITER IS THE OFFICER IN CHARGE OF SEX CRIME CASE 08-48 INVOLVING THE ARREST OF DEFENDANT DERRICK LEE SMITH BM 35. WRITER INTERROGATED THE OFFENDER WHO REFUSED TO SIGN HIS RIGHTS FORM BUT AGREED TO VERBALLY GIVE WRITER HIS VERSION OF THE EVENTS INVOLVING THE VICTIMS, TINA AND ANDREA BOMMARITO. MR. SMITH STATED TO WRITER THAT HE MET TINA BOMMARITO AT THE OSLO BAR A WEEK AGO AND WAS TOLD TO MEET HER AT THE SAME BAR THIS MORNING. MR. SMITH STATES THAT HE MET BOTH COMPLAINANTS AT THE BAR AND THAT HE BOUGHT THEM DRINKS AND PARTIED WITH THEM UNTIL 3:00AM. MR. SMITH STATES THAT THE COMPLAINANTS OFFERED HIM A RIDE HOME AND THAT THEY CONSENTED TO HAVING SEX WITH HIM IN TINA'S CAR. MR. SMITH STATES THAT TINA IS A DOMINATRIX WHO ORDERED HIM AT KNIFEPOINT TO HAVE SEX WITH TINA AND HER SISTER. MR. SMITH STATES THAT HE WAS TOLD BY TINA TO EJACULATE INSIDE OF HER SO THAT SHE COULD HAVE A "NIGGER" BABY SO THAT SHE COULD GET BACK AT HER BOYFRIEND. MR. SMITH STATES THAT BOTH COMPLAINANTS WERE PERFORMING CUNNILINGUS ON EACH OTHER WHILE HE WAS HAVING SEX WITH HIM. WHEN CONFRONTED ABOUT THE POLICE DISPATCHER HEARING HIS THREATS TOWARDS THE VICTIMS MR. SMITH RESPONDED THAT HE WAS TOLD BY THE GIRLS TO SAY THOSE THINGS. MR. SMITH ALSO STATED THAT THE VICTIMS WERE PLANNING ON KILLING HIM. MR. SMITH ALSO STATED THAT HE HAS TINAS BUSINESS CARD IN HIS PROPERTY. WRITER CHECKED THE PROPERTY AND DID FIND TINA BOMMARITO'S BUSINESS CARD CLASSIFYING HERSELF AS A MASSEUSE. TINA INFORMED WRITER THAT SHE DID GIVE HIM HER CARD AT THE BAR WHEN THEY INITIALLY MET. MR. SMITH REFUSED TO WRITE ANTHING DOWN STATING HE SERVED 10 YEARS IN PRISON FOR CSC 3 BASED ON STATEMENTS HE WROTE TO THE DETECTIVES ON HIS PREVIOUS CASE IN 1997.

## Offense Detail: 1171 - CSC IST DEGREE -PENETRATION PENIS/VAGINA

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 1171 - CSC IST DEGREE -PENETRATION PENIS/VAGINA | Location | 13 - HIGHWAY/ROAD/ALLEY | No. Prem. Entered | |
| IBR Code | 11A - FORCIBLE RAPE | Offense Completed? | YES | Entry Method | |
| IBR Group | A | Hate/Bias | 00 - NONE (NO BIAS) | Type Security | |
| Crime Against | PE | Domestic Violence | NO | | |
| Offense File Class | 11001 - SEXUAL PENETRATION PENIS/VAGINA -CSC LST DEGREE | | | Tools Used | |
| PACC | | | | | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | | | | | |
| Weapons | 40 - PERSONAL WEAPONS (HANDS, FEET, TEETH, ETC.) | | | | |

## Suspect S1: SMITH, DERRICK LEE

| | | | | |
|---|---|---|---|---|
| Suspect Number | S1 | DOB | | Place of Birth |
| Name | SMITH, DERRICK LEE | Age   35 | | SSN |

44

Printed For:
Printed: January 13, 2008 - 8:26 PM

# DETROIT POLICE DEPARTMENT FOLLOW-UP REPORT

DETROIT POLICE DEPARTMENT

Case No. 0801130106
Report No. 0801130106.3
Report Date: 1/13/2008

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
Page 3 of 4

MAY 3, 2019

| Notified | | Adult Present | | Held for | |
|---|---|---|---|---|---|
| Arrest Notes | | | | | |

## Victim V1: BOMMARITO, TINA

| | | | | | |
|---|---|---|---|---|---|
| Victim Code | V1 | Victim Of | 1171 - CSC IST DEGREE -PENETRATION PENIS/VAGINA | | |
| Victim Type | I - INDIVIDUAL | | | | |
| Name | BOMMARITO, TINA | DOB | | Place of Birth | |
| AKA | | Age | 31 | SSN | |
| Alert(s) | | Sex | F - FEMALE | DLN | |
| | | Race | W - WHITE | DLN State | |
| | | Ethnicity | U - UNKNOWN | DLN Country | |
| Address | | HL | | Occupation/Grade | |
| CSZ | | WL | | Employer/School | |
| | | Eye Color | | Res. County | |
| Home Phone | | Hair Color | | Res. Country | |
| Work Phone | | Facial Hair | | Resident Status | S - RESIDES IN THE STATE BUT NOT THE COUNTY OR COMMUNITY WHERE THE OFFENSE OCCURRED |
| Attire | | Complexion | | Testify | |
| Injury | M - APPARENT MINOR INJURY | | | | |
| Circumstances | | | | | |

| Law Enforcement Officer Killed or Assaulted Information | Type | | Justifiable Homicide Circumstances | |
|---|---|---|---|---|
| | Assignment | | | |
| | Activity | | | |
| | Other ORI | | | |

**Victim Offender Relationships**

| Offender | Relationship |
|---|---|
| A1 | 99 - RELATIONSHIP UNKNOWN |
| S1 | 99 - RELATIONSHIP UNKNOWN |

Victim Notes

## Victim V2: BOMMARITO, ANDREA

| | | | | | |
|---|---|---|---|---|---|
| Victim Code | V2 | Victim Of | 1171 - CSC IST DEGREE -PENETRATION PENIS/VAGINA | | |
| Victim Type | I - INDIVIDUAL | | | | |
| Name | BOMMARITO, ANDREA | DOB | | Place of Birth | |
| AKA | | Age | 21 | SSN | |
| Alert(s) | | Sex | F - FEMALE | DLN | |
| | | Race | W - WHITE | DLN State | |
| | | Ethnicity | U - UNKNOWN | DLN Country | |
| Address | | HL | | Occupation/Grade | |
| CSZ | | WL | | Employer/School | |
| | | Eye Color | | Res. County | |
| Home Phone | | Hair Color | | Res. Country | |
| Work Phone | | Facial Hair | | Resident Status | S - RESIDES IN THE STATE BUT NOT THE COUNTY OR COMMUNITY WHERE THE OFFENSE OCCURRED |
| Attire | | Complexion | | Testify | |
| Injury | M - APPARENT MINOR INJURY | | | | |
| Circumstances | | | | | |

45

Printed: January 13, 2008 - 8:26 PM

# DETROIT POLICE DEPARTMENT FOLLOW-UP REPORT

DETROIT POLICE DEPARTMENT

Case No. 0801130106
Report No. 0801130106.3
Report Date: 1/13/2008

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
Page 2 of 4
MAY 3, 2019

| | | |
|---|---|---|
| AKA | Sex | M - MALE | DLN |
| Alert(s) | Race | B - BLACK | DLN State |
| | Ethnicity | U - UNKNOWN | DLN Country |
| Address | Ht. | | Occupation/Grade |
| CSZ | Wt. | | Employer/School |
| | Eye Color | | Res. County |
| Home Phone | Hair Color | | Res. Country |
| Work Phone | Hair Style | | Resident Status  R - RESIDENT OF THE COMMUNITY, CITY, OR TOWN WHERE THE OFFENSE OCCURRED |

Hair Length
Facial Hair
Complexion
Build
Teeth

Scars/Marks/Tattoos
Suspect MO
Other MO
Attire
Habitual Offender Status

Suspect Notes

## Arrestee A1: SMITH, DERRRICK LEE

| | | | | | |
|---|---|---|---|---|---|
| Arrestee Number | A1 | DOB | ▉ | Place of Birth | |
| Name | SMITH, DERRRICK LEE | Age | 35 | SSN | |
| AKA | | Sex | M - MALE | DLN | |
| Alert(s) | | Race | B - BLACK | DLN State | |
| | | Ethnicity | U - UNKNOWN | DLN Country | |
| Address | ▉ | Ht. | 5' 10" | Occupation/Grade | |
| CSZ | | Wt. | 170 | Employer/School | |
| | | Eye Color | | Res. County | |
| Home Phone | | Hair Color | | Res. Country | |
| Work Phone | | Hair Style | | Resident Status  R - RESIDENT OF THE COMMUNITY, CITY, OR TOWN WHERE THE OFFENSE OCCURRED |

Hair Length
Facial Hair
Complexion    LBR - LIGHT BROWN
Build    S - SMALL
Teeth

Scars/Marks/Tattoos
Modus Operandi
Other MO
Attire
Habitual Offender Status

| | | | | |
|---|---|---|---|---|
| Arrest No. | 116081 | Arrested For | 1171 - CSC IST DEGREE -PENETRATION PENIS/VAGINA | |
| Arrest Type | T - TAKEN INTO CUSTODY | Count | | |
| Force Level | 01 - LEVEL 1 | Fingerprints | | |
| FBI No. | | Photos | | Arrested On  1/13/2008 6:30:00 AM |
| State No. | | Miranda Read | | Arrest Location  13870 EDMORE] |
| Armed With | 01 - UNARMED | Miranda Waived | | Booked On |
| Multi. Clearance | N - NOT APPLICABLE | Number of Warrants | | Released Location |
| Multi. Clearance Offense | | | | Released On |
| Prev. Suspect No. | 1 | | | Released By |
| | | | | Release Reason |

Juvenile Disposition

46

# DETROIT POLICE DEPARTMENT FOLLOW-UP REPORT

DETROIT POLICE DEPARTMENT

Case No. 0801130106
Report No. 0801130106.3
Report Date: 1/13/2008

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
Page 4 of 4

MAY 3, 2019

| Law Enforcement Officer Killed or Assaulted Information | Type | | Justifiable Homicide Circumstances |
|---|---|---|---|
| | Assignment | | |
| | Activity | | |
| | Other ORI | | |

Victim Offender Relationships

| Offender | Relationship |
|---|---|
| A1 | 99 - RELATIONSHIP UNKNOWN |
| S1 | 99 - RELATIONSHIP UNKNOWN |

Victim Notes

47

Printed: January 13, 2008 - 8:26 PM

Plaintiff EXHIBIT #2

# LAW OFFICES OF DAVID L. MOFFITT & ASSOCIATES

ATTORNEYS AND COUNSELORS AT LAW
THE BINGHAM CENTER
30800 TELEGRAPH ROAD, SUITE 1705
BINGHAM FARMS, MICHIGAN 48025
TELEPHONE (248)-644-0880
FACIMILE (248)-307-9545
DLMOFFITTASSOC@AMERITECH.NET
VISIT US ON THE WEB AT WWW.LAWYERMOFFITT.COM

**FILED**
**CATHY M. GARRETT**
**WAYNE COUNTY CLERK**

**MAY 3, 2019**

November 3, 2022

Derrick Smith #267009
Ionia Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Re: *FOIA Documents*

Dear Mr. Smith:

Please find enclosed the FOIA documents that we received on your behalf from the Wayne County Prosecutor's Office. Anything within these sets of documents that have been redacted were done so by Wayne County. Thank you.

Yours truly,

Patrick Kinney
Chief of Legal Staff/Chief Paralegal
LAW OFFICES OF DAVID L. MOFFITT
& ASSOCIATES, PLLC

48



# CONSTITUTIONAL RIGHTS
# CERTIFICATE OF NOTIFICATION

Derrick Lee Smith
B/m/35

**FILED**
**CATHY M. GARRETT**
**WAYNE COUNTY CLERK**

**MAY 3, 2019**

I understand that:

    1. I have a right to remain silent and that I do not have to answer any questions put to me or make any statements.

    2. Any statement I make or anything I say will be used against me in a Court of Law.

    3. I have the right to have an attorney (lawyer) present before and during the time I answer any questions or make any statement.

    4. If I cannot afford an attorney (lawyer), one will be appointed for me without cost by the Court prior to any questioning.

    5. I can decide at any time to exercise my rights and not answer any questions or make any statement.

I understand that these are my rights under the Law. I have not been threatened or promised anything, and I now desire and agree to answer any questions put to me or to make a statement.

In the presence of:

_____    _____
WITNESS                       SIGNATURE

_____    _____    _____
WITNESS                       DATE               TIME

☐ This certificate of notification was read to the suspect, and he/she had an opportunity to read it. Further, the suspect was given an opportunity to ask any questions that he/she might have concerning this certificate and his/her rights.

☐ Suspect is illiterate. He/she has had the rights under the law, as defined above, explained to him/her, and has agreed to answer questions or make a statement.

☐ Suspect can read and write. The rights, as defined above, have been explained to him/her, and he/she has agreed to make a voluntary statement but has refused to sign this certificate.

REMARKS: Refused to sign.

_____

_____

_____

1/13/08     10:50 Am                    SCU
DATE        TIME                 OFFICER              PCT./SECTION

_____      _____    _____
PLACE                      OFFICER              PCT./SECTION

49

C of D—78-CE (Rev. 8-75)     O.P.D. 342-B



# HOMICIDE REPORT

## AMENDED

**detroit police**

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
MAY 27, 1998

REPORTING AGENCY: DETROIT POLICE DEPARTMENT
CASE REPORT NUMBER: 0811306.1

REPORTED ON JULY 24, 1997 00:45AM OCCURRED ON JULY 8, 1997
AT EAST 8 MILE & VAN DYKE ROADS-DETROIT, MI SCA/10:09PM SECTOR A 9TH

OFFENSE:HOMICIDE-SPECIAL CIRCUMSTANCES-MURDER:OFFENSE IS A REGISTERED SELF-
DEFENSE EXPERT WITH TRAINING IN MARTIAL ARTS 7 HAND-TO-HAND COMBAT-OFFENSE
HIGHTENED--BY INTENTIONAL OVERKILL & INTENTIONAL OVERUSE OF DEFENSE TACTICS-
OFFENDER KNEW THAT THE 3 ATTACKERS WERE CIVILIANS A NOT TRAINED COMBATANTS

1. ARRESTEE: DERRICK LEE CARDELLO-SMITH:AGE:24SEXMALE:RACE:BLACK-ITALIAN-MEX-
ADDRESS:■■■■ ■■■-DETROIT, MI 48205-26--Phone ■■■-■■■-■■■■
HOMICIDE VICTIM/ATTACKER:CARL BISHOP:AGE 47:SEX:MALE-RACE:CAUCASIAN/WHITE- No
Relationship to Suspect/Offender--
3.ASSAULT VICTIM/ATTACKER:ROBERT GUNTER:AGE:53:SEX:MALE-RACE:CAUCASIAN/WHITE-
No Relationship to Suspect/Offender
4.ASSAULT VICTIM/ATTACKER:DAVID BROCK: AGE:$$:SEX:MALE-RACE:CAUCASIAN/WHITE-
No Relationship to Suspect/Offender
OFFENDER DESCRIPTION: On or About July 7/8, 1997, Suspect **DERRICK LEE
CARDELLO-SMITH**, Age 24, and His Female Companion ■■■■ ■■■■■■ age 20, were
leaving the AMC Movie Theater on 8 Mile & Van Dyke Roads in Detroit, MI when
the 2 were approached by Three Strangers known now as the above Three Named
Victim/Attackers. The deceased Victim **CARL BISHOP** and his 2 friends were
leaving a Tavern/Bar Adjacent to the Theater when they came upon Derrick Lee
Cardello-Smith and his Girlfriend heading to their Car (1997 Chevy Camaro Z-
28) and as they passed by the 3 Victims/Attackers, Comments were made about
the pair being an "Interacial-Couple" and words were exchanged--An argument
ensued between all Men with the Leader, **Carl Bishop** becoming enraged that the
Suspect was with a **"Woman of the Opposite Race!"** hat she is White and Needs
to 'Stay within Her own Race". The Trio them Started Yelling to Offender
Cardello-Smith that **"O.J. KILLED HIS WOMAN, so Will this Nigger Your With!"**
        Offender Cardello-Smith was attempting to keep the matter from
getting more aggressive, when, according to Witnesses and bystanders, two of
the three men started fighting Cardello-Smith, who saw the Third Mail, **Carl
Bishop** was physically attacking his Girlfriend by slapping her with his Hand
to face contact, and calling her a **"Nigger-Lover"** and **"Race Traitor!"**
        Cardello-Smith was still Engaged with **Gunter & Brock** when his
Girlfriend yelled out, **"Derrick Help!"**, Derrick then saw her and saw that the
(Decedent) **Carl Bishop** had in fact Brandished a **Sharp Edged Weapon and/or
Knife** and was about to Stab his Girlfriend while the Other 2 Men were keeping
Derrick Busy and they were Laughing, and then, According to Witnesses,
Cardello-Smith broke Gunter's Arm, broke the Leg of Brock, immobilizing them
both and Cardello-Smith then Ran & Intercepted the knife by Placing **His Own
Arm** in between the Blade of the Weapon and His Companions Body/Upper torso,
the Knife then Penetrated Cardello-Smith's Right Forearm and Cardello-Smith
grabbed Carl Bishop's Wrist Pulling the Knife out and Forced it into the
Lungs of the remaining Victim/Attacker Carl Bishop. Offender Cardello-Smith
was then heard saying **"You were going to Stab my Date! Now Your Going to Die
in a Filthy Parking Lot, You should have Just Let us Be!" "Die Where You Are
You Racist Bitch!"** Cardello-Smith then went to his Companion who was Shaken.
        Derrick then Went to the Other 2 Pair that were already
immobilized and proceeded to Kick them and Fracture other parts of their
bodies until he was Subdued by Officers who arrived on Scene--The Victim **Carl
Bishop** was taken to Emergency Triage at St. Johns Hospital where he Succumbed
to his Injuries 2 Weeks later--Cardello-Smith was then taken into Custody for
Open Murder.
        Arrestee transported to 9th Precinct for Holding/Charging
Purposes review by **Detective Jose' Ortiz and Sgt. David Cobb.**

*50*



# HOMICIDE INCIDENT REPORT

**REPORTING AGENCY: DETROIT POLICE DEPARTMENT**
<u>CASE REPORT NUMBER: 0801130106.1</u>

**police**    REPORTED ON JULY 8, 1997 12:45AM OCCURRED ON JULY 24,1997,10:00PM
AT EAST 8 & VAN DYKE ROADS-DETROIT,MI SCA/CENSUS:10:09pmSECTOR A

```
FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
MAY 3, 2019
```

OFFENSE:HOMICIDE-SPECIAL CIRCUMSTANCES-MURDER:OFFENDER IS A REGISTERED SELF-
DEFENSE EXPERT WITH TRAINING IN MARTIAL ARTS & HAND-TO-HAND COMBAT-OFFENSE
HIGHTENED--BY INTENTIONAL OVERKILL & INTENTIONAL OVERUSE OF DEFENSE TACTICS-
OFFENDER KNEW 3 ASSAILANTS WERE CIVILIANS & NOT TRAINED COMBATANTS

---

1. ARRESTEE: DERRICK LEE CARDELLO-SMITH:AGE:24SEXMALE:RACE:BLACK-ITALIAN-MEX-
ADDRESS:██████ ████-DETROIT, MI 48226--Phone████████████
2. HOMICIDE VICTIM: CARL BISHOP:  AGE:47:SEX MALE RACE CAUCASIAN/WHITE -No
Relationship to Suspect/Offender
3. ASSAULT VICTIM:  ROBERT GUNTER:  AGE:53:SEX MALE:RACE CAUCASIAN/WHITE NO
Relationship to Suspect/Offender
4. ASSAULT VICTIM: DAVID BROCK:  AGE:44:  SEX:MALE:RACE  CAUCASIAN/WHITE No
relationship to Suspect/Offender
OFFENSE DESCRIPTION: On July 7, 1997, Suspect DERRICK LEE CARDELLO-SMITH, Age
24, and His Girlfriend, ██████ ██████ Age 20, were leaving the AMC Movie
Theater on 8 Mile & Van Dyke Roads in Detroit, Michigan when the 2 were
approached by three Strangers known now as the above three named Victims. The
Deceased Victim CARL BISHOP and his two friends were leaving a Tavern/Bar,
when they came upon Derrick Lee Cardello-Smith & his Girlfriend who were heading
to their car in the parking Lot and then passed the three Men who made
comments about the pair being an "Interracial Couple" and words were then
exchanged--an Argument ensued between all the men involved with the Leader,
Carl Bishop becoming Enraged that the Suspect was with a woman of the
Opposite Race-She is Caucasian and Needs to stay within her own race, the
three men were saying. The Trio Started yelling obscenities at Cardello-Smith
and his Girlfriend. OJ KILLED HIS WOMAN so what this Nigger Here your with!
         Offender Cardello-Smith was attempting to keep the matter from
getting more aggressive, when, according to witnesses and bystanders, two of
them men started fighting with Cardello-Smith, who saw that the Third Male,
Carl Bishop was physically attacking his Girlfriend, by slapping her and
calling her a "Nigger-Lover"" and "Race Traitor'".
         Cardello-Smith was still engaged in fighting Gunter & Brock, when
his Girlfriend then yelled out, "Derrick Help!"", Derrick then saw her and
saw that the (Decedent) Carl Bishop had in fact possessed a Sharp Edged
Weapon and/or knife and was about to Stab Derrick's Girlfriend while the
other 2 Men were keeping Derrick Busy and they were laughing, and then, the
next thing, Offender Cardello-Smith broke Gunters Arm, Broke the Leg of Mr.
Brock, immobilizing both parties and Cardello-Smith then Ran and Intercepted
the knife by placing His Own Arm in between the Weapon and his Girlfriends
Upper Torse and then, the knife penetrated Mr. Cardello-Smith's Right
Forearm, and then, Cardello-Smith grabbed Carl Bishops Wrist and Pulled the
knife out if his arm and forced it into the Lungs of the Remaining Assailant,
Carl Bishop, Offender was heard saying to the now deceased Victim "You do not
like Interracial Couples!  "You were going to Stab my Girl! 'Now Your Going
to Die ina Filthy Parking Lot with Your Own Knife in your chest!"And then,
Cardello-Smith Punch the Victim Car Bishop 17 times and then the pair "Fell"
to the ground... Cardello-Smith then told the Victim, "You should have let
this go andjust left us alone!" Die where you are YOu Racist Bitch!"
         Derrick then went to the other 2 pair that were immobolized and
proceeded to kick them and break other bones on their bodies until he was
subdued by Officers who arrived on Scene.-The Victim Carl Bishop was taken to
Emergency Care at St. Johns Hospital where he succumbed to his injuries 2
weeks later---Derrick Cardello-Smith was taken in to custody for Open Murder.

Arrestee  Transported  to  9th  Precinct-Eastern  District  for  holding  and
processing pending Charges Review by Detectives Jose' Ortiz & David Cobb

*51.*

US POSTAGE

$ 001.50

US POSTAGE

$ 001.50

US POSTAGE

$ 000.51

ZIP 48846
02 4W
0003765650 DEC 04 2023

Office of the Clerk
United States District Court
Eastern District Of Michigan
Theodore Levin US Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Mr. Derrick Lee Cardello-Smith
267009
1576 W.Bluewater Highway
Ionia, MI 48846

Mailed on 12/4/23

U.S. MARSHALS