UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED
JAN 04 2024
CLERK'S OFFICE
DETROIT

DERRICK LEE CARDELLO-SMITH,#267009
    Plaintiff et al

Vs

Case No 2:23-cv-13209

Honorable Jonathan Grey

PUBLIC INTEGRITY UNIT et al
    Defendants et al,
_____/

**PLAINTIFFS SUBMISSION OF DOCUMENTS
VERIFYING THAT TRIAL COURT JUDICIAL OFFICER
HONORABLE BRIDGET MARY HATHAWAY (P76408)
ACCEPTED A $500.00 BRIBE ON OCTOBER 11, 2018
FROM LEAD DETECTIVE PATRICIA PENMAN BADGE # 1726
TO DENY PLAINTIFFS PRE-TRIAL MOTIONS AND PLAINTIFFS
POST-CONVICTION MOTIONS IN THE WAYNE COUNTY CIRCUIT
COURT TRIALS OF DERRICK LEE CARDELLO-SMITH #267009**

    Please place the attached pleadings on the Courts Docket in this Case as that they are EXHIBIT # 1, and it should be docketed in this case at the Court Clerks Discretion.

Thank you for your time.

*[signature]*

Mr. Derrick Lee Cardello-Smith
#267009
ICF-1576 W. Bluewater Highway
Ionia, MI 48846

12/26/23

*Release? Per Tatitt? on Request only*

EXHIBIT #2

Mrs. Carli Carpenter
5615 Fairgrove Road
Fairgrove, MI 48733

October 11, 2018
Thursday, 9:35am

**WCSAKT. 2018722163**

Dear Concerned:

I state that Today, at the above time, I met with APA Deyana Unis, Patricia Penman, James Heberger, for Bridget M. Hathaway, and Acting Agent for Bridget Hathaway who were part of ▓▓ Case being gathered against Derrick Lee Smith #267009, and that it was discussed about my prosecuting the case, I was then given my money, and $500.00 was for Bridget Hathaway and $500.00 went to Deyana...

I understand that I needed to attend the court hearings that are upcoming and that It was for testimony that I would be giving to help keep him inside there at Muskegon, and that if I do not go through with the testimony, then, I would be made to pay all of my Peer Specialist Money and other money and that I would go to prison and I have seen ▓▓▓ transaction take place....This is signed and witnessed by me, and I state it is true and I understand this Goes on ▓▓ record if I do not proceed with the testimony, and identify Smith... I cannot mention that he Did not Rape me, I can only mention that He did Rape me..So, I am doing this and signing this truly for Patricia Penman.

The original report should have said that there were 2 people present, but it is in fact going to only say that there was 1 person present on 10/12/97 because Patricia has instructed me to say that there was only 1 person and that 1 person is Derrick, I understand that I can contact her again and if I get nervous, she will give me what I need to get calm and straight and she does it all the time, and she has in fact given me the $4,000.00 I could use it right now...

So, I will say that Derrick Raped me, and even though he did not rape me, I can be charged with perjury, and I sign this freely and willingly with no pressure whatsoever, in the presence of Penman, Unis, and Hathaway's agent or supposed agent....whatever...I just need this over with...

Detective Patricia Penman #1726   82/WCPO/CID

*Carli Carpenter*

*Maintain on file*

Mr. Derrick Lee Cardello-Smith
#267009
ICF-1576 W.Bluewater Highway
Ionia, MI 48846

December 26, 2023

Clerk of the Court
US District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

> Re: Derrick Lee Cardello-Smith et al v. Public Integrity Unit et al
> Case No 2:23-cv-13209

Dear Clerk:

Enclosed for filing in the above cause is an exhibit that needs to be placed on the Court Recod in this case.

Thank you for your time.

Respectfully Yours,

Derrick Lee Cardello-Smith

GRAND RAPIDS MI 493

27 DEC 2023 PM 6 L



**NAME:**
**Number**
**Address:**
**Address:**

Mr. Derrick Lee Cardello-Smith
#267009
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Mailed on 12/23/23
Case No 2:23-cv-13209

Office of the Clerk
US District Court-Eastern
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

48226-279426

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019