UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
APR 18 2024
CLERK'S OFFICE
DETROIT

DERRICK LEE CARDELLO-SMITH, et al,
    Plaintiff(s)

Vs

PUBLIC INTEGRITY UNIT et al,
    Defendants,
_____/

Case No 2:23-13209
Honorable John Grey

### PLAINTIFFS OBJECTION TO THE DEFENDANTS USE OF FALSE DOCUMENTS TO DISPUTE THE PLAINTIFFS TRUE DOCUMENTS AND ALL DOCUMENTS THAT WILL BE PRESENTED TO THE COURT BY DEFENDANTS ATTORNEY OR COUNSELOR KRISTOFFER BUTLER BEING THE PERSON PROVIDING FALSE DOCUMENTS TO THE COURT AND THEN MAINTAINING THEM AS REAL WHEN THEY ARE ALL FALSE FORGED DOCUMENTS BEING PRESENTED AS REAL BY DEFENDANTS

    Now comes the Plaintiff, Derrick Lee Cardello-Smith, in Pro Per and in the above cause and hereby moves this court to place this Plaintiffs Objection on the Record and to Have this Objection stand as to any attempts by the Defendants or through their Counsel or through anything obtained by Defendants Counsel or Wayne County Corporation Counsel Mr. Kristoffer Butler from presenting False, Forged Documents to this Court in any Way that would support of Motion to Dismiss as would be filed by the Defendants in this matter upon the courts setting of a briefing schedule and in support of this objection, the Plaintiff states the following grounds for said objection to anything presented by the defendants that resemble or claim to be different then the original filings of this Plaintiff.

    1. Plaintiff states that the Defendants Attorney, Specifically Kristoffer Butler, have a history of presenting False Documents to the Courts in Michigan with regard to this Plaintiffs Cases and then having those documents stand as true when they are presented to the Courts on the Defendants Motion for Summary Disposition.

    2. Mr. Kristoffer butler, recently succeed at this in 4 of 5 claims heard in this Courts Jurisdiction on February 7, 2024 in the case of **DERRICK LEE CARDELLO-SMITH V. PROBABLE CAUSE CONFERENCE DIRECTOR ET AL, CASE NO 2022-009954-CZ**, when the Trial Court Judge Charles S. Hegarty specifically spoke on the documents that I filed and my claim that they were changed by the MDOC acting on orders of Mr. Kristoffer Butler to do the following:
        a. Hold any outgoing legal mail the Plaintiff sends to the Trial Court in Wayne County.
        b. Email it to Mr. Butler First.
        c. Mr. Butler then Changes the Documents filed by the Plaintiff.
        d. Mr. Butler then add the changed documents to the courts in the envelope that was originally closed by the Plaintiff and then mailed out to the courts with false documents, as if it were the original documents by the Plaintiff when in fact, they were not the original documents mailed to the court by plaintiff.

(1)

e. Employees of the Muskegon Correctional Facility, and the Ionia Correctional Facility have acknowledged these actions being done by Mr. Kristoffer Butler and Other Defendants, such as Kym Worthy, by and for MDOC Employees to prevent the truth from being told to this court and other courts.

f. Plaintiff has been provided with evidence by MDOC Prisoners and Witnessed that support these actions having been done on orders and instructions of Mr. Butler to the MDOC and it has continued throughout many other cases in the Plaintiffs history and it can be expected to be done in this case.

g. Plaintiff believes that Mr. Butler has contacted the Law Offices of David Moffitt who were provided with a Complete Copy of the Wayne County Prosecutors Office File in 2022 and they then provided a copy of it to this Plaintiff under the Freedom of Information Act and upon the Plaintiff being provided with said file, the Plaintiff Discovered the documents from the Wayne County Prosecutors Office that showed they knew that the Lead Investigator Paid the False Victim to Proceed with a Criminal Proceeding on a case that she did not want to Prosecute and that the Lead Investigator Patricia Penman had actually paid the Victim to Lie and that payment was in the amount of $4,000.00.

h. Plaintiff believes that the Attorneys for the defendants will take the Link that they were provided by Patrick Kinney of the Law Offices of David Moffitt and will lie and present that link as true and then do so in order to get the case dismissed by way of Motion for summary dismissal.

i. Plaintiff states that the defendants have Presented a Subpoena for said Documents in the Case of the FOIA Request and that they did so without notifying this Plaintiff if said actions and did so with no ethics, integrity or honor or reciprocal notice to this plaintiff that they sought out and filed a subpoena, and in fact, the Plaintiff was only made aware of it by the Law Offices of this Subpoena beings served out of Fairness and Truth and it is something that should be place done on the record.

j. Plaintiff states that any documents, affidavits of witnesses, any statements, or arguments that will be submitted by the Defendants through their lawyer are in fact not true, and should be viewed as forged or false and in fact, should only be viewed as being done to get this case thrown out to hide the illegal actions and misuse of public funds for the commission of other acts upon this Plaintiff and other similar people who have paid and are paying taxes, and they should be called to question at an evidentiary hearing to sit for actual testimony under oath live in the court and not to simply be trusted on the affidavits that are filed by the Defendants or from Mr. Kristoffer Butler, because they are not true documents and anything true should be attested to by the Person in Court.

k. Plaintiff has witnesses that will attest to their truth and will call them upon any evidentiary hearing being determined or scheduled by the Plaintiff in this case.

l. Plaintiff states that the defendants will try and say that the Plaintiff has been accused of forgery before, but that that is a lie and if the defendants submit any allegations of forgery or false documents, it should be allowed to go to a hearing and not one that is simply done by Motions through the Mail and in fact done with Oral Arguments on the record.

m. Plaintiff believes that defendants will use 2 previous cases where this has occurred, and it will only be a one sided presentation of the forged documents, and it should include PLAINTIFFS STATEMENT THAT THE PREVIOUS CLAIMS OR ACCUSATIONS OF THE PLAINTIFF EVER FORGING ANYTHING IS DENIED STAUNCHLY AND ADAMANTLY BY THIS PLAINTIFF AND IT SHOULD BE PLACED ON THE RECORD.

Plaintiff Objections should be placed on the record and it should be done to preserve the integrity of this case because the defendants will try anything to get this court to drop this case and not let the truth and real fact be heard and it should not be done by the defendants because this Plaintiff is telling the truth.

## RELIEF SOUGHT

Wherefore, Plaintiff prays this Court will place this objection on the record and grant any further relief this court deems necessary.

Respectfully Yours,

*[signature]*

Derrick Lee Cardello-Smith
#267009
Plaintiff in Pro Se
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

April 10, 2024

Mr. Derrick Lee Cardello-Smith
#267009
LRF-2500 S. Sheridan Drive
Muskegon, MI 49444

April 10, 2024

Clerk of the Court
US District Court
Theodore Levin US Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

> Re: Derrick Lee Cardello-Smith v. Public Integrity Unit et al
> Case No 2:23-13209

Dear Clerk:

Enclosed for filing in the above cause, documents for placement on the court record stating Plaintiffs Objection to Any Attempts by teh Defendants in forthcoming filings.in this case.

## PROOF OF SERVICE

i swear and delare that I mailed one copy of this pleading to the defendants at their addresses of record by First Class Mail on 4-10-24 with all postage paid in full, in Muskegon.

Thank you for your time.

Respectfully Yours,

Derrick Lee Cardello-Smith

NAME: Mr. Derrick Lee Cardello-Smith
Number: #267009
Address: E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Mailed on 4-10-24
Case No 24-000112-CZ

Clerk of the Court
US District Court
231 W. Lafayette Blvd
Detroit, MI 48226

48226$2718 C052

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
© USPS 2019

GRAND RAPIDS MI
12 APR 2024 PM 5 L

US POSTAGE
ZIP 49444
02 4W
0000386111 APR 12 2024
$ 000.00