

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH, #267009
24,000 SIMILARLY SITUATED PRISONERS,
    Plaintiffs,

Vs

Case No 2:23-13209

Honorable Johnathon Grey

PUBLIC INTEGRITY UNIT,
IONIA CORRECTIONAL STAFF et al
DANA NESSEL, Attorney General-Michigan
H. STEVEN LANGSCHWAGER, Assistant A.G.
    Defendants,
_____/

**NOTICE OF SCHEDULING AGREEMENT
FOR DETERMINATION OF SANCTION HEARINGS
AND DISBARMENT PROCEEDINGS AGAINST
DANA NESSEL, MICHIGAN ATTORNEY GENERAL &
H. STEVEN LANGSCHWAGER, ASSISTANT ATTORNEY GENERAL
BASED ON PROBABLE CAUSE CONFERENCE REMAND HEARING
INTERFERENCE ON BEHALF OF THE MDOC AND STATE OF MICHIGAN**

    Plaintiff Derrick Lee Cardello-Smith, hereby enters his concurrence and agreement with the Courts Initial Scheduling Order for Sanctions and Disbarment Proceedings Hearings against DANA NESSEL, AND H. STEVEN LANGSCHWAGER of the Michigan Attorney Generals Office based on their interference with the Probable Cause Conference Proceedings originally scheduled for APRIL 3, 2024 REMAND HEARINGS TO TAKE PLACE IN THE 36th District Court for Detroit, MI and their working on behalf of the MDOC and the State of Michigan.

    Plaintiff hereby agrees to the dates and times set by the Court during the Article 3 Court Hearings Held VIA Zoom from APRIL 10, 2024 through MAY 9, 2024.

Please set the schedule accordingly.                    May 14, 2024

_Derrick Lee Smith_
Derrick Lee Cardello-Smith #267009
Probable Cause Conference Litigator
Plaintiff for 24,000 Similarly Situated Prisoners
Held in the MDOC
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

U.S. MARSH[...]

Office of the Clerk
United States District Court
Theodore Levin US Courthouse
231 West Lafayette Blvd
Detroit, MI 48226

48226$2794 C052

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2019

NAME: Mr. Derrick Lee Cardello-Smith
Number: #267009
Address: E.C. Brooks Correctional Facility
         2500 S. Sheridan Drive
Address: Muskegon, MI 49444

Mailed on May 14, 2024
Case # 2:23-cv-13209

ZIP 49444
02 4W
0000386711 MAY 15 2024
US POSTAGE $000.00
PITNEY BOWES